UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Advocates for Human Rights and L.H.M., through her next friend C.A., <br><br>　　　　Plaintiffs,<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as the Acting Executive Director for Immigration and Customs Enforcement's Enforcement and Removal Operations; DAVID EASTERWOOD, in his official capacity as Acting Field Office Director for Immigration and Customs Enforcement's Enforcement and Removal Operations St. Paul Field Office; U.S. FEDERAL PROTECTIVE SERVICE; and FARON K. PARAMORE, in his official capacity as Director of the Federal Protective Service,<br><br>　　　　Defendants. | Court File No. _____<br><br>**L.R. 7.1(F) WORD COUNT CERTIFICATE OF COMPLIANCE** |

　　I, Alethea M. Huyser, certify that Plaintiffs' Motion to Proceed Under Initials complies with Local Rule 7.1(f) for a brief produced with a proportional font. The length of the brief is 1,949 words. This brief was prepared using Microsoft Word 365 and the word processing program has been applied to include all text, headings, footnotes, and

quotations for word count purposes, but excludes the excepted items set forth in Local Rule 7.1(f)(1)(C)(i)-(v).

| | |
|---|---|
| Dated: January 27, 2026 | *s/ Alethea M. Huyser* <br> Alethea M. Huyser (#0389270) <br> Rachel L. Dougherty (#0399947) <br> Devin T. Driscoll (#0399948) <br> Sarah Theisen (#0402844) <br> Margaret G. Severson (#0504388) <br> **Fredrikson & Byron, P.A.** <br> 60 South Sixth Street, Suite 1500 <br> Minneapolis, MN 55402-4400 <br> P: (612) 492-7000 <br> ahuyser@fredlaw.com <br> rdougherty@fredlaw.com <br> ddriscoll@fredlaw.com <br> stheisen@fredlaw.com <br> mseverson@fredlaw.com <br><br> Jeffrey B. Dubner* <br> Aman T. George* <br> Mark B. Samburg* <br> Anashua Dutta* <br> Elena Goldstein* <br> **Democracy Forward Foundation** <br> P.O. Box 34553 <br> Washington, DC 20043 <br> P: (202) 448-9090 <br> jdubner@c.democracyforward.org <br> ageorge@democracyforward.org <br> msamburg@democracyforward.org <br> adutta@democracyforward.org <br> egoldstein@democracyforward.org <br><br> *pro hac vice *application forthcoming* <br><br> **Counsel for Plaintiffs** |