UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Advocates for Human Rights and L.H.M., through her next friend C.A.,<br><br>      Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as the Acting Executive Director for Immigration and Customs Enforcement's Enforcement and Removal Operations; DAVID EASTERWOOD, in his official capacity as Acting Field Office Director for Immigration and Customs Enforcement's Enforcement and Removal Operations St. Paul Field Office; U.S. FEDERAL PROTECTIVE SERVICE; and FARON K. PARAMORE, in his official capacity as Director of the Federal Protective Service,<br><br>      Defendants. | Court File No. _____<br><br>**DECLARATION OF C.A.** |

## **DECLARATION OF C.A.**

I, C.A., declare the following is true and accurate to the best of my knowledge and recollection:

1. I am over the age of 18 and am competent to testify to the matters set forth herein.

2. L.H.M. is the mother of my long-term partner and the grandmother of my child. I think of her as my mother-in-law.

3. On January 27, 2026, I learned that L.H.M. had been arrested by DHS agents when she went to an ISAP check-in.

4. L.H.M. was able to contact her sister and told her sister that she was being held at the Whipple Building.

5. L.H.M. has an immigration lawyer who represents her. That lawyer, Danielle Robinson Briand, told me that she tried to visit L.H.M., and that the people at the Whipple Building would not let her see her.

6. L.H.M. has a pending application for asylum in the United States, and we are working on a habeas petition to try to get her released.

7. L.H.M. has severe medical issues, and her lawyer would have been able to check on her and try to make sure that she could get the care she needs.

8. L.H.M. had cranial surgery a few months ago in November, and she has a tumor in her nose. She told our relative that she passed out when she was arrested. Our relative told her to make sure that the people at Whipple knew she had medical problems, but we have no way of knowing if she's getting the help she needs.

9. I am afraid that ICE and other government agents will retaliate against L.H.M., me, or our family because we are part of this lawsuit.

10. In addition to assisting L.H.M. in seeking habeas relief in other litigation, I am filing this lawsuit to ensure that she can exercise her right to counsel in a timely manner. I understand that hundreds of other people are similarly being denied an opportunity to consult with their attorney because of Defendants' policies. I am committed to seeking relief for both L.H.M. and all other people detained in Minnesota, and understand that my duties as a next friend of L.H.M. and representative of the class require me to work with the attorneys to monitor and assist with this case to protect the interests of not only L.H.M. but all those in a similar situation. I am prepared to fulfill those obligations to L.H.M. and the rest of the class.

I declare the foregoing is true and accurate to the best of my knowledge.

Dated: _____1.27.26_____   Signed: _____/s/ C.A._____