UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS, *et al.* | Case No. 0:26-cv-00749 (NEB/DLM) |
| Plaintiffs, | |
| v. | **MOTION FOR TEMPORARY RESTRAINING ORDER** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

Plaintiffs respectfully move the Court, pursuant to Fed. R. Civ. P 65(b), to enter a Temporary Restraining Order addressing the unwarranted and unlawful obstacles to access to counsel demonstrated to exist at the ERO Holding Facility at the Whipple Federal Building. As set forth in greater detail in the accompanying memorandum of points and authorities, Plaintiffs have established that they will likely succeed on the merits of their claims under the First and Fifth Amendments and the Immigration and Nationality Act ("INA"), that they suffer irreparable harm absent relief, and that the balance of equities and the public interest weigh in favor of a Temporary Restraining Order. Accordingly, Plaintiffs respectfully request that the Court immediately issue an order granting the relief laid out in Plaintiffs' proposed order.

Pursuant to the Court's practice pointers, Plaintiffs will promptly serve the motion on Defendants and contact chambers with the contact information for both sides. This morning, counsel for Plaintiffs emailed Ann Voss at the United States Attorney's Office and notified her that this filing would be forthcoming.

1

| | |
|---|---|
| Dated: January 28, 2026 | *s/ Alethea M. Huyser* <br> Alethea M. Huyser (#0389270) <br> Rachel L. Dougherty (#0399947) <br> Devin T. Driscoll (#0399948) <br> Sarah Theisen (#0402844) <br> Margaret G. Severson (#0504388) <br> **FREDRIKSON & BYRON, P.A.** <br> 60 South Sixth Street, Suite 1500 <br> Minneapolis, MN 55402-4400 <br> P: (612) 492-7000 <br> ahuyser@fredlaw.com <br> rdougherty@fredlaw.com <br> ddriscoll@fredlaw.com <br> stheisen@fredlaw.com <br> mseverson@fredlaw.com <br><br> Jeffrey B. Dubner* <br> Aman T. George* <br> Mark B. Samburg* <br> Anashua Dutta* <br> Elena Goldstein* <br> **DEMOCRACY FORWARD FOUNDATION** <br> P.O. Box 34553 <br> Washington, DC 20043 <br> P: (202) 448-9090 <br> jdubner@c.democracyforward.org <br> ageorge@democracyforward.org <br> msamburg@democracyforward.org <br> adutta@democracyforward.org <br> egoldstein@democracyforward.org <br><br> *pro hac vice application filed <br><br> *Counsel for Plaintiffs* |