UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-00749 (NEB/DLM)<br><br>**NOTICE OF HEARING ON MOTION FOR A TEMPORARY RESTRAINING ORDER** |

PLEASE TAKE NOTICE that on a date and time to be determined, before the Honorable Judge Nancy Brasel of the United States District Court for the District of Minnesota, Plaintiffs The Advocates for Human Rights and L.H.M., through next-of-friend C.A., will move the Court for an Order granting their Motion for a Temporary Restraining Order.

| | |
|---|---|
| Dated: January 28, 2026 | *s/ Alethea M. Huyser* <br> Alethea M. Huyser (#0389270) <br> Rachel L. Dougherty (#0399947) <br> Devin T. Driscoll (#0399948) <br> Sarah Theisen (#0402844) <br> Margaret G. Severson (#0504388) <br> **FREDRIKSON & BYRON, P.A.** <br> 60 South Sixth Street, Suite 1500 <br> Minneapolis, MN 55402-4400 <br> P: (612) 492-7000 <br> ahuyser@fredlaw.com <br> rdougherty@fredlaw.com <br> ddriscoll@fredlaw.com <br> stheisen@fredlaw.com <br> mseverson@fredlaw.com <br><br> Jeffrey B. Dubner* <br> Aman T. George* <br> Mark B. Samburg* <br> Anashua Dutta* <br> Elena Goldstein* <br> **DEMOCRACY FORWARD FOUNDATION** <br> P.O. Box 34553 <br> Washington, DC 20043 <br> P: (202) 448-9090 <br> jdubner@c.democracyforward.org <br> ageorge@democracyforward.org <br> msamburg@democracyforward.org <br> adutta@democracyforward.org <br> egoldstein@democracyforward.org <br><br> *pro hac vice application filed <br><br> *Counsel for Plaintiffs* |