UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-00749 (NEB/DLM)<br><br>**L.R. 7.1(f) WORD COUNT CERTIFICATE OF COMPLIANCE** |

I, Alethea M. Huyser, certify that Plaintiffs' Motion for a Temporary Restraining Order complies with Local Rule 7.1(f) for a brief produced with a proportional font. The length of the brief is 10,362 words. This brief was prepared using Microsoft Word 365 and the word processing program has been applied to include all text, headings, footnotes, and quotations for word count purposes, but excludes the excepted items set forth in Local Rule 7.1(f)(1)(C)(i)-(v).

| | |
|---|---|
| Dated: January 28, 2026 | *s/ Alethea M. Huyser* <br> Alethea M. Huyser (#0389270) <br> Rachel L. Dougherty (#0399947) <br> Devin T. Driscoll (#0399948) <br> Sarah Theisen (#0402844) <br> Margaret G. Severson (#0504388) <br> **FREDRIKSON & BYRON, P.A.** <br> 60 South Sixth Street, Suite 1500 <br> Minneapolis, MN 55402-4400 <br> P: (612) 492-7000 <br> ahuyser@fredlaw.com <br> rdougherty@fredlaw.com <br> ddriscoll@fredlaw.com <br> stheisen@fredlaw.com <br> mseverson@fredlaw.com <br><br> Jeffrey B. Dubner* <br> Aman T. George* <br> Mark B. Samburg* <br> Anashua Dutta* <br> Elena Goldstein* <br> **DEMOCRACY FORWARD FOUNDATION** <br> P.O. Box 34553 <br> Washington, DC 20043 <br> P: (202) 448-9090 <br> jdubner@c.democracyforward.org <br> ageorge@democracyforward.org <br> msamburg@democracyforward.org <br> adutta@democracyforward.org <br> egoldstein@democracyforward.org <br><br> *pro hac vice application filed <br><br> *Counsel for Plaintiffs* |