# Exhibit A



Kira Kelley <kira@climatedefenseproject.org>

## attempting to contact regarding a client
5 messages

---

**Kira Kelley** <kira@climatedefenseproject.org>  Thu, Dec 11, 2025 at 2:25 PM
To: StPaul.Outreach@ice.dhs.gov

Hello,

I have been attempting to call your office over half a dozen times for the past two days regarding a detained client, and the phone line provided on your website ((612) 843-8600) simply continues ringing with no answer.

Would you please provide me with a functional phone number and a point of contact?

Thank you,

Kira

---

**Kira Kelley** (they/she)
Staff Attorney
Climate Defense Project

climatedefenseproject.org

---

**Kira Kelley** <kira@climatedefenseproject.org>  Tue, Dec 23, 2025 at 4:53 PM
To: StPaul.Outreach@ice.dhs.gov

Hello,

Please respond to this email with the name and phone number of a supervisor at your office I may speak to regarding my client.

Thank you!

Kira

[Quoted text hidden]
[Quoted text hidden]

---

**St Paul.Outreach** <StPaul.Outreach@ice.dhs.gov>  Wed, Dec 24, 2025 at 4:59 AM
To: Kira Kelley <kira@climatedefenseproject.org>

Please provide an executed G28 and client information.


Thank you.

---

**From:** Kira Kelley <kira@climatedefenseproject.org>
**Sent:** Tuesday, December 23, 2025 4:53 PM

**To:** St Paul.Outreach <StPaul.Outreach@ice.dhs.gov>
**Subject:** Re: attempting to contact regarding a client

You don't often get email from kira@climatedefenseproject.org. Learn why this is important

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

[Quoted text hidden]

---

**Kira Kelley** <kira@climatedefenseproject.org>  Wed, Dec 24, 2025 at 8:31 AM
To: "St Paul.Outreach" <StPaul.Outreach@ice.dhs.gov>

Hello,

I notice you have not signed your email. May I ask, who I am currently corresponding with?

Please find the G-28 attached and on file with your office for my client, Mr. 

Best,

Kira

[Quoted text hidden]
[Quoted text hidden]

---

 **G28.pdf**
528K

---

**St Paul.Outreach** <StPaul.Outreach@ice.dhs.gov>  Wed, Dec 24, 2025 at 9:36 AM
To: Kira Kelley <kira@climatedefenseproject.org>

Based on the information for your client on the G28, you are calling the correct number. Please be patient with us as we are doing our best to answer all inquiries.


Thank you.


SDDO Kresser
Deputy Chief of Staff

St. Paul Field Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

[Quoted text hidden]