# Exhibit B



Kira Kelley <kira@climatedefenseproject.org>

## Questions re: picking up client and belongings

**Kira Kelley** <kira@climatedefenseproject.org>  Mon, Jan 26, 2026 at 11:46 AM
To: "St Paul.Outreach" <stpaul.outreach@ice.dhs.gov>, caseview.ecf@usdoj.gov, "Merle, Catherine," <catherine.merle@usdoj.gov>, "Sheqem, Tara (USAMN)" <Tara.Sheqem@usdoj.gov>, usamn-immigrationhab@usa.doj.gov, "Barr, Abigail (USAMN)" <Abigail.Barr@usdoj.gov>, jim.s.stolley@ice.dhs.gov, "Voss, Ana (USAMN)" <ana.voss@usdoj.gov>

Hello all,

I know that we've been having some inconsistencies about who is allowed to enter the federal building or for what purpose, so I figured I'd reach out and try to get on the same page and work out a system that's efficient for everyone. I'd like to know how to make everyone's lives easier!

What's the best way for attorneys such as myself to get in contact with someone at ICE/ERO to arrange for the following circumstances:

1) to facilitate the pick up of a client who has a court order for release?
2) to arrange confidential legal visits with clients who are detained at the Whipple?
3) to retrieve clients' belongings from ICE/ERO that were not returned to the client upon their release?

For example, I'd like to arrange a pickup for a client of mine ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ who was ordered released today so that he's not outside waiting for a ride in negative ten degree weather. I've also been asked by another client ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to see about how to get his identification documents back.

My cell is ▮▮▮▮▮▮▮▮▮▮, if it's easier to talk through this on the phone. I'm happy to communicate any suggestions or responses from you all to my colleagues who are handling similar matters, so we can all get on the same page and hopefully smooth some of this coordination out collaboratively.

Best regards,

Kira

---

**Kira Kelley** (they/she)
Staff Attorney
Climate Defense Project

climatedefenseproject.org

---

  **Order for Release.pdf**
122K