# Exhibit C



Gmail **Kira Kelley <kira@climatedefenseproject.org>**

# Clients in Custody notwithstanding orders for release

2 messages

**Kira Kelley** <kira@climatedefenseproject.org> Mon, Jan 19, 2026 at 5:11 AM
To: "Voss, Ana (USAMN)" <ana.voss@usdoj.gov>, elvira.lapierre@ice.dhs.gov, "St Paul.Outreach" <StPaul.Outreach@ice.dhs.gov>

Hello,

I'm attaching a list of clients' names and orders for their immediate release, please advise whether you intend to comply with these court orders.

[redacted], and
[redacted]

Thank you,

Kira

---

**Kira Kelley** (they/she)
Staff Attorney
Climate Defense Project
climatedefenseproject.org

---

**6 attachments**

- **260 - 10 - order of release[redacted]pdf**
  169K
- **317 - 6 - final order granting release[redacted]pdf**
  153K
- **319 - 5[redacted]Order Granting Release.pdf**
  153K
- **337 - 7 -[redacted] order RELEASE.pdf**
  169K
- **343 - 7 -[redacted]- order RELEASE.pdf**
  169K
- **RELEASE[redacted]pdf**
  169K

---

**Voss, Ana (USAMN)** <Ana.Voss@usdoj.gov> Mon, Jan 19, 2026 at 9:14 AM
To: Kira Kelley <kira@climatedefenseproject.org>, "elvira.lapierre@ice.dhs.gov" <elvira.lapierre@ice.dhs.gov>, "St Paul.Outreach" <StPaul.Outreach@ice.dhs.gov>

Yes, we intend to comply. I forwarded your email to ICE counsel for follow-up.

Ana H. Voss

Civil Chief

United States Attorney's Office

District of Minnesota

(612) 664-5671 (direct)

[Quoted text hidden]