UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS, *et al.* | Case No. 0:26-cv-00749 (NEB/DLM) |
| Plaintiffs, | **[PROPOSED] TEMPORARY RESTRAINING ORDER** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

This matter came before the Court on plaintiffs' motion for a temporary restraining order. Based on the record currently before it, the Court finds that plaintiffs and members of the provisionally certified Class are likely to prevail on the merits of their claims; that they have suffered, and are likely to suffer, irreparable harm absent the temporary relief granted herein; that the balance of the equities tips in their favor; and that the public interest lies in issuing a temporary restraining order to address the unwarranted and unlawful obstacles to access to counsel demonstrated to exist at the ERO Holding Facility at the Whipple Federal Building.

Consequently, it is hereby ORDERED as follows:

Each of the defendants, including their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of the foregoing who receive actual notice of this Order, by personal

service or otherwise, are ordered and enjoined, pending further order of this Court, as follows:

    1.    Defendants shall ensure that every member of the Class is, within one hour after his/her detention and prior to being transferred out of state, given his or her A-number in writing and a printed Notice of Rights ("Notice") stating that the Detainee has the following rights, which Defendants shall ensure are respected and complied with:

        a. To engage and consult with an attorney or attorneys;

        b. To have confidential, unmonitored, unrecorded, temporally unrestricted, and free legal telephone calls with counsel (with interpreters for non-English-speaking Class members) within 12 hours of being detained and at least once during each subsequent 12-hour period while they are detained;

        c. To schedule legal calls with counsel within 6 hours of a request made within the period 9:00 AM to 4:00 pm and within 16 hours of a request made outside those hours;

    2.    Defendants shall include in (or attach to) the Notice a list of telephone numbers for current free legal service providers serving the jurisdiction of the ERO St. Paul Office.

    3.    The Notice and the written notification of the Class member's A-number shall be furnished to each Class member in English, Spanish, Somali, French, and Hmong. Defendants shall provide to each Class member who is illiterate or not proficient in either English, Spanish, Somali, French, or Hmong, without charge, an in-person or telephonic oral translation of the

Notice, their A-number, and all other ICE- and facility-related information and communications in a language in which they are proficient.

4. All Class members shall be provided with the opportunity to make at least one personal phone call after being provided with the Notice and their A-number, within four hours of being detained and prior to transfer out of state.

5. Defendants shall ensure that the Online Detainee Locator System of defendant Immigration and Customs Enforcement accurately identifies the location of each Class member by name, date of birth, and A-number in real time.

6. Defendants shall not transfer any Class member outside the state of Minnesota if the Class member has indicated that they have an attorney, an attorney has electronically submitted a G-28 notice of appearance for them, or Defendants otherwise have reason to know that the Class member is represented by counsel, for at least 72 hours after the Class member is initially detained or retains an attorney, whichever is later;

7. Defendants shall provide access to the ERO Holding Facility at the Bishop Henry Whipple Federal Building located at 1 Federal Drive, Fort Snelling, Minnesota, or any other facility in which Defendants hold Class members, for legal visitation by current and prospective attorneys, legal representatives, and legal assistants. Legal visitation shall be permitted seven days per week, for a minimum of eight hours per day on business days (Monday through Friday), and a minimum of four hours per day on weekends and holidays. Defendants shall provide private rooms for closed-door discussions

between detainees and current and prospective attorneys, legal representatives, and legal assistants. Should exigent circumstances require closure for the safety of human life or the protection of property, the Defendants must notify Detainee Plaintiffs and counsel for Organizational Plaintiffs as soon as practicable and certainly within the four (4) hours following a facility closure to make alternative arrangements for legal visitation. No such closure shall last any longer than reasonably necessary for the safety of human life or the protection of property.

8. Defendants shall provide detained Class members with access to confidential telephone calls with attorneys, legal representatives, and legal assistants at no charge to the detainee. Such legal telephone calls shall not be screened, recorded, or otherwise monitored.

9. Defendants shall ensure that:

   a. A telephone number for attorneys to call in order to schedule telephone calls with Class members is conspicuously displayed on the ICE internet website;

   b. The aforementioned telephone number is monitored and answered on at least an hourly basis from 9:00 am to 5:00 pm;

   c. If an attorney requests that Defendants provide the attorney's name or phone number to a Class member, the Class member receives that information in writing within one hour;

    d. A call with the relevant Class member is scheduled for the date and time requested by the attorney or as soon thereafter as is reasonably possible;

    e. The relevant Class member is informed of the requested call and its scheduled date and time, and the Class member is provided with the telephone access outlined in Paragraph 8, above, at the time of the call.

10. Defendants shall file a status report due three days after the date of this order outlining the steps they have taken to comply with each provision of this Order; and

11. Defendants shall not retaliate in any manner against any Plaintiff or Class Member, including in their immigration proceedings or in any other context, for participating in this litigation or complaining about any alleged violation of this Temporary Restraining Order.

Dated:_____        _____
                                                                            THE HONORABLE NANCY E. BRASEL
                                                                            UNITED STATES DISTRICT JUDGE