UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS, *et al.*, | Case No. 0:26-cv-00749 (NEB/DLM) |
| Plaintiffs, | |
| v. | **MEET AND CONFER STATEMENT REGARDING MOTION FOR PROVISIONAL CLASS CERTIFICATION** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

Due to the time-sensitive nature of the Complaint and claims in this action, Plaintiffs have not yet conferred with Defendants regarding Plaintiffs' Motion for Provisional Class Certification (the "Motion"). Consistent with Local Rule 7.1, Plaintiffs' counsel certifies that Plaintiffs' counsel will promptly meet and confer with Defendants as soon as reasonably possible after filing the Motion and will supplement the Motion with an amended meet-and-confer statement.

Dated: January 28, 2026

<u>s/ Alethea M. Huyser</u>
Alethea M. Huyser (#0389270)
Rachel L. Dougherty (#0399947)
Devin T. Driscoll (#0399948)
Sarah Theisen (#0402844)
Margaret G. Severson (#0504388)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
P: (612) 492-7000
ahuyser@fredlaw.com
rdougherty@fredlaw.com
ddriscoll@fredlaw.com
stheisen@fredlaw.com
mseverson@fredlaw.com

Jeffrey B. Dubner*
Aman T. George*
Mark B. Samburg*
Anashua Dutta*
Elena Goldstein*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
P: (202) 448-9090
jdubner@c.democracyforward.org
ageorge@democracyforward.org
msamburg@democracyforward.org
adutta@democracyforward.org
egoldstein@democracyforward.org

*pro hac vice application filed

*Counsel for Plaintiffs*

2