UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS, *et al.*, | Case No. 0:26-cv-00749 (NEB/DLM) |
| Plaintiffs, | **[PROPOSED] PROVISIONAL CLASS CERTIFICATION ORDER** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

This matter came before the Court on plaintiffs' motion to provisionally certify a Class. Based on the record currently before it, the Court finds that Plaintiffs' claims satisfy the requirements of Federal Rule of Civil Procedure 23(a) and (b)(2); that Plaintiff L.H.M., appearing through their next friend C.A., will adequately represent the Class; and that Plaintiffs' counsel satisfy the requirements of Federal Rule of Civil Procedure 23(g).

Consequently, the Court hereby PROVISIONALLY CERTIFIES the following Class pursuant to Federal Rule of Civil Procedure 23(c)(1):

> all persons initially detained by Defendants in Minnesota pursuant to the Immigration and Nationality Act ("INA").

The Court also PROVISIONALLY APPOINTS Plaintiff L.H.M., appearing through their next friend C.A., as its Class Representative; and PROVISIONALLY APPOINTS Plaintiffs' counsel as Class Counsel.

2

Dated: _____  _____
                                THE HONORABLE NANCY E. BRASEL
                                UNITED STATES DISTRICT JUDGE