*The Advocates for Human Rights, et al. v. U.S. Dept. of Homeland Security, et al.*
Court File No.: 26-cv-749

## AFFIDAVIT OF SERVICE

STATE OF MINNESOTA  )
                    ) SS.
COUNTY OF HENNEPIN  )

    Devin Driscoll, being duly sworn on oath, deposes and states that on the 29th day of January, he served true and correct copies of the following documents:

**Plaintiff's Motion for Temporary Restraining Order**
**Plaintiff's Notice of Hearing on Motion for a Temporary Restraining Order**
**Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for a Temporary Restraining Order**
**Declaration of Kimberly Boche**
**Declaration of Danielle Robinson Briand**
**Declaration of Hannah Brown**
**Declaration of John P. Chitwood**
**Declaration of Gloria Contreras Edin**
**Declaration of Kevin Heinz**
**Declaration of J.I.B.C.**
**Declaration of J.J.B.**
**Declaration of Max Keller**
**Declaration of Kira Kelly**
**Declaration of Cedar Weyker**
**[Proposed] Temporary Restraining Order**
**L.R. 7.1(f) Word Count Certificate of Compliance**
**Plaintiff's Motion for Provisional Class Certification and Appointment of Class Counsel**
**Notice of Hearing on Motion for Provisional Class Certification**
**Memorandum of Law in Support of Plaintiffs' Motion for Provisional Class Certification**
**L.R. 7.1 (f) Word Count Compliance**
**Meet and Confer Statement**
**[Proposed] Provisional Class Certification Order**

upon Daniel N. Rosen, United States Attorney, District of Minnesota, by handing to and leaving with Mandy Shaw, receptionist, an Expressly Authorized agent of Daniel N. Rosen.

_____
Devin Driscoll

Subscribed and sworn to before me
this 29th day of January, 2026.

_____
Notary Public



MICHELE F. METZDORF
Notary Public
Minnesota
My Commission Expires January 31, 2030