# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS and L.H.M., through her next friend C.A., | Case No. 26-CV-749 (NEB/DLM) |
| Plaintiffs, | |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as the Acting Executive Director for Immigration and Customs Enforcement's Enforcement and Removal Operations; DAVID EASTERWOOD, in his official capacity as Acting Field Office Director for Immigration and Customs Enforcement's Enforcement and Removal Operations St. Paul Field Office; U.S. FEDERAL PROTECTIVE SERVICE; and FARON K. PARAMORE, in his official capacity as Director of the Federal Protective Service, | ORDER |
| Defendants. | |

---

IT IS HEREBY ORDERED THAT:

1.  Defendants have been served in this case, and the Court is converting Plaintiffs' Motion for Temporary Restraining Order under Fed. R. Civ. P. 65(b) (ECF No. 17) to a Motion for Preliminary Injunction under Fed. R. Civ. P. 65(a).

2.  Defendants' responses to the Motion for a Preliminary Injunction (ECF No. 17) and the Motion for Provisional Class Certification (ECF No. 32) shall be filed by **12 p.m. C.S.T. on Tuesday, February 3, 2026**. Plaintiffs' reply briefs shall be filed by **6 p.m. C.S.T. on Wednesday, February 4, 2026**.

3.  A hearing on the Motion for Preliminary Injunction will be held on **Friday, February 6, 2026, at 2:00 p.m. C.S.T.** in Courtroom 13W, Diana Murphy United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota.

4.  The parties shall work in good faith to reach an agreement on potential class members' access to counsel, to remain in place for the duration of this litigation. To that end: On **Thursday, February 5, 2026, at 9:00 a.m. C.S.T.** and **Friday, February 6, 2026** (if necessary), the parties are ordered to mediation with the Honorable Arthur J. Boylan, United States Magistrate Judge (ret.). Judge Boylan will contact the parties regarding mediation logistics.

5.  The mediation session(s) must be attended by representatives of the Defendants **with authority to bind Defendants' actions in Minnesota** that are

2

the subject of the Complaint. Judge Boylan's instructions in this and other

matters related to the mediation shall be treated as an Order of this Court.

Dated: January 29, 2026                    BY THE COURT:

                                           s/Nancy E. Brasel
                                           Nancy E. Brasel
                                           United States District Judge