*The Advocates for Human Rights, et al. v. U.S. Dept. of Homeland Security, et al.*
Court File No.: 26-cv-749

# AFFIDAVIT OF SERVICE

STATE OF MINNESOTA  )
                    ) SS.
COUNTY OF HENNEPIN  )

      Andrew Inman, being duly sworn on oath, deposes and states that on the 29th day of January, he effectuated service of the following documents:

      **Plaintiff's Motion for Temporary Restraining Order**
      **Plaintiff's Notice of Hearing on Motion for a Temporary Restraining Order**
      **Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for a Temporary Restraining Order**
      **Declaration of Kimberly Boche**
      **Declaration of Danielle Robinson Briand**
      **Declaration of Hannah Brown with Exhibits A, B & C**
      **Declaration of John P. Chitwood**
      **Declaration of Gloria Contreras Edin**
      **Declaration of Kevin Heinz**
      **Declaration of J.I.B.C.**
      **Declaration of J.J.B.**
      **Declaration of Max Keller**
      **Declaration of Kira Kelly with Exhibits A, B & C**
      **Declaration of Cedar Weyker**
      **[Proposed] Temporary Restraining Order**
      **L.R. 7.1(f) Word Count Certificate of Compliance**
      **Plaintiff's Motion for Provisional Class Certification and Appointment of Class Counsel**
      **Notice of Hearing on Motion for Provisional Class Certification**
      **Memorandum of Law in Support of Plaintiffs' Motion for Provisional Class Certification**
      **L.R. 7.1 (f) Word Count Compliance**
      **Meet and Confer Statement**
      **[Proposed] Provisional Class Certification Order**

upon Todd Lyons, Acting Director of the United States Immigration and Customs Enforcement Agency, therein via U.S. Mail by mailing true and correct copies thereof to the following address:

[Address and signature block follow on next page]

U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th St. SW
Mail Stop 5900
Washington, DC 20536-5900

Andrew Inman

Subscribed and sworn to before me
this 29th day of January, 2026.

Notary Public



MICHELE F. METZDORF
Notary Public
Minnesota
My Commission Expires January 31, 2030