UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS, *et al.*, | Case No. 0:26-cv-00749 (NEB/DLM) |
| Plaintiffs, | |
| v. | **L.R. 7.1(f) WORD COUNT CERTIFICATE OF COMPLIANCE** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

I, Alethea M. Huyser, certify that Plaintiffs' Reply in Support of their Motion for Provisional Class Certification complies with Local Rule 7.1(f) for a brief produced with a proportional font. The length of the brief is 4,360 words. This brief was prepared using Microsoft Word 365 and the word processing program has been applied to include all text, headings, footnotes, and quotations for word count purposes, but excludes the excepted items set forth in Local Rule 7.1(f)(1)(C)(i)-(v). I further certify that Plaintiffs' opening memorandum contained 3,107 words, for a total of 7,467 words combined.

| | |
|---|---|
| Dated: February 5, 2026 | *s/ Alethea M. Huyser* |
| | Alethea M. Huyser (#0389270) |
| | Rachel L. Dougherty (#0399947) |
| | Devin T. Driscoll (#0399948) |
| | Sarah Theisen (#0402844) |
| | Margaret G. Severson (#0504388) |
| | **FREDRIKSON & BYRON, P.A.** |
| | 60 South Sixth Street, Suite 1500 |
| | Minneapolis, MN 55402-4400 |
| | P: (612) 492-7000 |
| | ahuyser@fredlaw.com |
| | rdougherty@fredlaw.com |
| | ddriscoll@fredlaw.com |
| | stheisen@fredlaw.com |
| | mseverson@fredlaw.com |
| | |
| | Jeffrey B. Dubner* |
| | Aman T. George* |
| | Mark B. Samburg* |
| | Elena Goldstein* |
| | **DEMOCRACY FORWARD FOUNDATION** |
| | P.O. Box 34553 |
| | Washington, DC 20043 |
| | P: (202) 448-9090 |
| | jdubner@c.democracyforward.org |
| | ageorge@democracyforward.org |
| | msamburg@democracyforward.org |
| | egoldstein@democracyforward.org |
| | |
| | *admitted pro hac vice |
| | |
| | *Counsel for Plaintiffs* |