# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS AND L.H.M., THROUGH HER NEXT FRIEND C.A., | Case No. 26-CV-749 (NEB/DLM) |
| Plaintiffs, | ORDER |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCOS CHARLES, IN HIS OFFICIAL CAPACITY AS THE ACTING EXECUTIVE DIRECTOR FOR IMMIGRATION AND CUSTOMS ENFORCEMENT'S ENFORCEMENT AND REMOVAL OPERATIONS; DAVID EASTERWOOD, IN HIS OFFICIAL CAPACITY AS ACTING FIELD OFFICE DIRECTOR FOR IMMIGRATION AND CUSTOMS ENFORCEMENT'S ENFORCEMENT AND REMOVAL OPERATIONS ST. PAUL FIELD OFFICE; U.S. FEDERAL PROTECTIVE SERVICE; AND FARON K. PARAMORE, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE FEDERAL PROTECTIVE SERVICE, | |
| Defendants. | |

The Court previously ordered the parties to attend a mediation on Thursday, February 5 and Friday, February 6, with the Friday session to be held if necessary. The Court ordered that the mediation session(s) must be attended by representatives of the Defendants **with authority to bind Defendants' actions in Minnesota** that are the subject of the Complaint. Defendants' representative appeared today remotely, and not in person. The Court thus clarifies: Friday's mediation session, which shall be held if Judge Boylan deems it necessary, shall be attended in person by a representative of the Defendant with authority to bind Defendants' actions in Minnesota that are the subject of the Complaint.

In addition, regardless of whether Judge Boylan holds a Friday mediation session, **the 2:00 p.m. hearing** on the motion for injunctive relief shall be attended **in person** by a representative of the Defendants with authority to bind Defendants' actions in Minnesota that are the subject of the Complaint.

Dated: February 5, 2026

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge