UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS and L.H.M., through her next friend C.A., <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as the Acting Executive Director for Immigration and Customs Enforcement's Enforcement and Removal Operations; DAVID EASTERWOOD, in his official capacity as Acting Field Office Director for Immigration and Customs Enforcement's Enforcement and Removal Operations St. Paul Field Office; U.S. FEDERAL PROTECTIVE SERVICE; FARON K. PARAMORE, in his official capacity as Director of the Federal Protective Service, <br><br>　　　　　Defendants. | Case No. 26-CV-749 (NEB/DLM) <br><br><br><br><br><br>ORDER |

　　　The detention conditions at the Bishop Henry Whipple Federal Building, 1 Federal

Dr., Fort Snelling, Minnesota 55111, are at the heart of this lawsuit. During today's oral

argument, counsel for the Defendants was unable to answer some of the Court's questions because counsel had not yet had an opportunity to visit the Whipple Federal Building. Defendants' counsel asked for more time to supplement the record on the motions before the Court, and to allow her to personally view the conditions at the Whipple Federal Building. Plaintiffs' counsel requested the same, and Defendants did not object.

Defendants shall allow full access to all detention facilities in the Bishop Henry Whipple Federal Building to Defendants' counsel and Plaintiffs' counsel (and party representatives) before Monday, February 9, at 5 p.m. CST. The parties may file supplemental declarations on or before Tuesday, February 10, at 5 p.m. CST. Defendants shall coordinate with their counsel and Plaintiffs' counsel to organize the logistics of access.

SO ORDERED.

Dated: February 6, 2026                                   BY THE COURT:

                                                          s/Nancy E. Brasel
                                                          Nancy E. Brasel
                                                          United States District Judge