UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS, *et al.* | Case No. 26-cv-00749 (NEB/DLM) |
| Plaintiffs, | **DECLARATION OF ALETHEA M. HUYSER** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

I, Alethea M. Huyser, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am counsel of record for Plaintiffs in the above-captioned matter, and I submit this declaration in support of Plaintiffs' emergency motion to clarify the Court's order regarding the inspection of the Bishop Henry Whipple Federal Building (the "Whipple Building");

2. Attached hereto as **Exhibit A**, is a true and correct copy of correspondence between counsel for Plaintiffs and counsel for Defendants regarding scheduling the Court-ordered inspection of the Whipple Building.

Dated: February 8, 2026         *s/ Alethea M. Huyser*
                                Alethea M. Huyser
                                Hennepin County, Minnesota

1