# EXHIBIT A

**Driscoll, Devin**

| | |
|---|---|
| **From:** | Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov> |
| **Sent:** | Sunday, February 8, 2026 10:30 AM |
| **To:** | Huyser, Leah; Jeff Dubner |
| **Cc:** | Dougherty, Rachel; Driscoll, Devin; Anashua Dutta; Silvis, William (CIV); Fuller, David (USAMN); Abrams, Andrew C (CIV); Mark Samburg |
| **Subject:** | Re: [EXTERNAL] Court's order - planning visit |

**CAUTION: EXTERNAL E-MAIL**

Hi Leah,

Thank you for calling. We will let ICE know that Plaintiffs' counsel agree to start the tour at 8:30am tomorrow. Please provide us the names of the attorneys as soon as possible. As to Plaintiffs' request to provide a settlement proposal on Monday, rather than this evening, that is fine. As we discussed, the government would need extra time to respond and would ask to provide its response by COB Wednesday instead of Tuesday. We also would agree to your request to meet with Judge Boylan on Thursday morning rather than Wednesday morning, if Judge Boylan is available.

Sincerely,

Christina

Christina Parascandola
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
202-514-3097 | christina.parascandola@usdoj.gov

Get Outlook for iOS

---

**From:** Huyser, Leah <Ahuyser@fredlaw.com>
**Sent:** Sunday, February 8, 2026 10:19:43 AM
**To:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Jeff Dubner <consultantjdubner@democracyforward.org>
**Cc:** Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Anashua Dutta <adutta@democracyforward.org>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>; Abrams, Andrew C (CIV) <Andrew.C.Abrams@usdoj.gov>; Mark Samburg <msamburg@democracyforward.org>
**Subject:** RE: [EXTERNAL] Court's order - planning visit

Christina,

We likely will have both a local and DC attorney. With that said, I just got confirmation that an evening flight today is workable. As such, we can agree on an 8:30 a.m. start time. I'll give you a call to briefly

1

meet and confer on the other issues shortly. It appears we may have an impasse, but I want to make sure I accurately understand it.

I wanted to raise one other question: Are Defendants amenable to proposal to Mag. Jdg. Boylan regarding the schedule on exchange of settlement proposals? We have been moving forward based on the information we have now, but it seems mutually beneficial for the attorneys to be able to incorporate the information we learn during the inspection. Given that Defendants have asked that the inspection occur on Monday, we think it likely would be more fruitful and efficient for Plaintiffs to make an updated proposal by COB Monday rather than today. Let us know your thoughts.

Thanks,
Leah

Alethea M. Huyser
(612) 492-7103

**From:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>
**Sent:** Sunday, February 8, 2026 8:42 AM
**To:** Huyser, Leah <Ahuyser@fredlaw.com>; Jeff Dubner <consultantjdubner@democracyforward.org>
**Cc:** Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Anashua Dutta <adutta@democracyforward.org>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>; andrew.abrams@usdoj.gov
**Subject:** Re: [EXTERNAL] Court's order - planning visit

**CAUTION: EXTERNAL E-MAIL**

Leah,

Thank you for getting back to us. We have not heard back from ICE regarding the feasibility of 11am. We presumed that you and your colleagues are local to Minneapolis. We will check again.

The court's order is silent as to recording and other requests in your message below. We are certain that ICE will not allow photography etc. During the hearing the court appeared to be interested in basic factual issues, such the locations of telephones, which we expect that counsel to the parties should be able to determine quickly after entering the facility.

Sincerely,

Christina

Christina Parascandola
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
202-514-3097 | christina.parascandola@usdoj.gov

Get Outlook for iOS

**From:** Huyser, Leah <Ahuyser@fredlaw.com>
**Sent:** Sunday, February 8, 2026 9:30 AM
**To:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Jeff Dubner <consultantjdubner@democracyforward.org>
**Cc:** Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Anashua Dutta <adutta@democracyforward.org>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>; andrew.abrams@usdoj.gov <andrew.abrams@usdoj.gov>
**Subject:** RE: [EXTERNAL] Court's order - planning visit

Good morning Christina,

Thanks for the following up email. On Monday, we proposed 11 a.m. to allow for early morning flights from DC. Have you heard anything on the feasibility of that time? An 8:30 a.m. tour requires travel a day earlier, which poses additional scheduling difficulties. With that said, we are looking into it as well.

As to the ground rules ICE asked you to convey, we do not believe they are consistent with the Court's Order, which ordered that Plaintiffs' counsel and party representatives would have "full access." As to the attendees, we are willing to limit our attendees to 2 attorneys and 2 party representatives. We will provide names in advance.

We believe that full access also means we should have the ability to both take pictures and recordings and to speak to detainees. The goal of the visit, for all of us, is to collect evidence for the Court. Indeed, the Court has specifically provided for supplemental filings to that end. Photographs and recordings provide objective evidence that the Court can evaluate and review. Likewise, detainees can provide a snapshot of what their access has been during the window they have been there. We believe this information will best assist the Court in making its decisions.

We anticipate that ICE will raise security concerns regarding the photographs and recordings. The District of Minnesota has a standard protective order and local rules governing filing under seal. Plaintiffs are willing to treat any and all photographs and records as subject to an assertion of confidentiality by Defendants and to agree to file them under seal, giving the Court an opportunity to review the Defendants confidentiality assertions in accordance with local rules.

Finally, as to the detainees, I will also note that they are Plaintiffs' putative class members and this case is, after all, an access to counsel case. We would expect to be able to talk with them, and to do so with no interference or instructions from ICE to the detainees telling them or warning them not to speak with us.

I am available by phone and happy to discuss at any time today – (612) 227-9337. If I haven't heard anything, I will call you mid-morning to check on progress the likelihood of reaching an agreement on access. I hope we can find common ground. With that said, we will be prepared to seek clarification from the Court this afternoon by no later than 1:00 p.m. CT, if the Court's participation appears to be necessary.

Thanks,
Leah

Thanks,

Leah

Alethea M. Huyser
(612) 492-7103

---

**From:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>
**Sent:** Saturday, February 7, 2026 6:49 PM
**To:** Huyser, Leah <Ahuyser@fredlaw.com>; Jeff Dubner <consultantjdubner@democracyforward.org>
**Cc:** Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Anashua Dutta <adutta@democracyforward.org>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>; andrew.abrams@usdoj.gov
**Subject:** RE: [EXTERNAL] Court's order - planning visit

**CAUTION: EXTERNAL E-MAIL**

---

Hi Leah,

On Monday, would Plaintiffs consider 8:30am for the tour?

We have conveyed to ICE that Plaintiffs would like to tour the facility at 11:00am. We are waiting to hear back. If 8:30am would work for Plaintiffs then please let us know.

ICE has asked us to convey the following ground rules: (i) no more than two attorneys for each side should attend the tour; (ii) names of the those attending will need to be supplied in advance; (iii) no cellular phones or recording devices will be permitted in the facility; (iv) no photographs or recordings of the facility are permissible.

Additionally, during the tour, though counsel may come into close proximity with detainees, the expectation is that counsel will not engage with detainees.

Sincerely,

Christina

Christina Parascandola
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
202-514-3097 | christina.parascandola@usdoj.gov

---

**From:** Huyser, Leah <Ahuyser@fredlaw.com>
**Sent:** Saturday, February 7, 2026 6:30 PM
**To:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Jeff Dubner <consultantjdubner@democracyforward.org>
**Cc:** Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Anashua Dutta <adutta@democracyforward.org>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>; andrew.abrams@usdoj.gov
**Subject:** RE: [EXTERNAL] Court's order - planning visit

4

Christina,

I'll take lead on arrangements for Plaintiffs.  We had hoped to get in before Monday, as it would be useful to have the information as soon as possible to inform the settlement discussions.

If Monday is the earliest Defendants are offering to make access available, we would propose to start the visit at 11:00 a.m.

Thanks,
Leah

Alethea M. Huyser
(612) 492-7103

---

**From:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>
**Sent:** Saturday, February 7, 2026 12:16 PM
**To:** Jeff Dubner <consultantjdubner@democracyforward.org>
**Cc:** Huyser, Leah <Ahuyser@fredlaw.com>; Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Anashua Dutta <adutta@democracyforward.org>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>; andrew.abrams@usdoj.gov
**Subject:** RE: [EXTERNAL] Court's order - planning visit

**CAUTION: EXTERNAL E-MAIL**

---

Good afternoon, Jeff,

I did not see the order until I boarded my flight to Washington, D.C. and did not read it until this morning.  We are working with the St. Paul Field Office to arrange for a tour on Monday, February 9, 2026.  I am waiting to hear back from them.  Could you suggest a range of time that would work?  I think that earlier is better, given the 5:00pm deadline.  I am emailing because I recall that you might not be available on Monday and might need to arrange for a colleague to cover this visit.   I am also available by phone today at 202-427-7018.

Sincerely,

Christina

Christina Parascandola
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
202-514-3097 | christina.parascandola@usdoj.gov

---

**From:** Jeff Dubner <consultantjdubner@democracyforward.org>
**Sent:** Friday, February 6, 2026 6:38 PM
**To:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>; andrew.abrams@usdoj.gov

**Cc:** Huyser, Leah <Ahuyser@fredlaw.com>; Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Anashua Dutta <adutta@democracyforward.org>
**Subject:** [EXTERNAL] Court's order - planning visit

Christina,

We wanted to confer regarding the court-ordered visit to Whipple. Given that you and I will both soon be returning to DC, we would propose holding the visit tomorrow, Saturday, so that both sides' lead counsel can attend. We would be happy to discuss by phone or over email. You can call me at 978-857-8468.

Regards,
Jeff