UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THE ADVOCATES FOR HUMAN
RIGHTS, *et al.*

         Plaintiffs,

v.

U.S. DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

         Defendants.

Case No. 26-cv-00749 (NEB/DLM)

**[PROPOSED] ORDER
REGARDING SCOPE OF
INSPECTION OF
WHIPPLE BUILDING**

This matter came before the Court on Plaintiffs' emergency motion to clarify the Court's order regarding an inspection of the Bishop Henry Whipple Federal Building (the "Whipple Building"). Based on Plaintiffs' motion, declaration, and attached exhibits, it is hereby ORDERED as follows:

1.    Plaintiffs may have two attorneys and two party representatives attend the Whipple Building inspection ordered by the Court;

2.    Plaintiffs' counsel and representatives and Defense counsel may interact with detainees in the Whipple Building on topics relevant to this case;

3.    Plaintiffs' counsel and representatives and Defense counsel may carry cellular phones and cameras and use them to obtain images or recordings relevant to this case, and, if necessary, to contact the Court;

4.    Defendants may assert any such images or recordings obtained by either Plaintiffs or Defendants while in any non-public, secure area of the

1

2

Whipple Building are confidential, pursuant to the terms of a hereafter-entered protective order consistent with the District's template order.

Dated:_____            _____
                                        THE HONORABLE NANCY E. BRASEL
                                        UNITED STATES DISTRICT JUDGE