# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS and L.H.M., through her next friend C.A., | Case No. 26-CV-749 (NEB/DLM) |
| Plaintiffs, | ORDER REGARDING SCOPE OF VISIT OF WHIPPLE BUILDING |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as the Acting Executive Director for Immigration and Customs Enforcement's Enforcement and Removal Operations; DAVID EASTERWOOD, in his official capacity as Acting Field Office Director for Immigration and Customs Enforcement's Enforcement and Removal Operations St. Paul Field Office; U.S. FEDERAL PROTECTIVE SERVICE; FARON K. PARAMORE, in his official capacity as Director of the Federal Protective Service, | |
| Defendants. | |

This matter came before the Court on Plaintiffs' emergency motion (ECF No. 82) to clarify the Court's order regarding access to the Bishop Henry Whipple Federal

Building (the "Whipple Building") (ECF No. 81). Based on Plaintiffs' motion, declaration, and attached exhibits, IT IS HEREBY ORDERED THAT:

1. Plaintiffs may have two attorneys and two party representatives attend the Whipple Building visit ordered by the Court;

2. Plaintiffs' counsel and representatives and defense counsel may interact with detainees in the Whipple Building on topics relevant to this case; and

3. Plaintiffs' counsel and representatives and defense counsel may not carry cellular phones and cameras during the visit.

Dated: February 8, 2026             BY THE COURT:

                                    s/Nancy E. Brasel
                                    Nancy E. Brasel
                                    United States District Judge