UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS; L.H.M, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS; MARCOS CHARLES; DAVID EASTERWOOD; U.S. FEDERAL PROTECTIVE SERVICE; FARON K. PARAMORE, <br><br> Defendants. | No. 26-cv-749-NEB/DLM <br><br><br> The Hon. Nancy E. Brasel |

**DEFENDANTS' MOTION FOR LEAVE TO SUBMIT DECLARATION OUT OF TIME**

Defendants Kristi Noem, Todd Lyons, Marcos Charles, David Easterwood, Faron K. Paramore, U.S. Department of Homeland Security ("DHS"), U. S. Immigration and Customs Enforcement ("ICE"), and U.S. Federal Protective Service (collectively, "Defendants"), hereby request leave to file the Declaration of Tauria Rich, Deputy Field Office Director, Enforcement and Removal Operations, ICE, submitted herewith. Defendants submit this declaration in support of their response in opposition to Plaintiffs' motion for a preliminary injunction, ECF No.

68, and in response to the Declarations of Hanne Sandison, ECF No. 89, and Kimberly Boche, ECF No. 90.

On February 6, 2026, the Court ordered the parties to visit the Bishop Henry Whipple Federal Building before Monday, February 9, at 5:00PM CST, and that the parties may submit supplemental declarations on or before Tuesday, February 10, at 5:00PM CST.  ECF No. 82.

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), the Court may grant an extension of time after a deadline has passed where the failure to act was the result of excusable neglect.  Excusable neglect is an "elastic concept" that empowers courts to accept, "where appropriate, ... late filings caused by inadvertence, mistake, or carelessness, as well as by intervening circumstances beyond the party's control."  *Chorosevic v. MetLife Choices*, 600 F.3d 934, 946 (8th Cir. 2010) (quoting *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993)).

Good cause exists to grant Defendants leave to submit the declaration out of time.  The late filing of this declaration is due to circumstances outside of Defendants' control.  During the day before, the morning of, and the days after the Court's hearing on Plaintiffs' motion for a preliminary injunction, which took place on the afternoon of February 6, 2026, Defendants focused their efforts on mediation, in an effort to resolve the issues in Plaintiffs' motion.  On February 7

and 8, 2026, undersigned counsel corresponded and spoke with Plaintiffs' counsel and ICE to arrange a time and conditions for the court-ordered visit to the Whipple Building. Undersigned counsel was required to travel to St. Paul on short notice to comply with the Court's order to visit the Whipple facility. *See* ECF No. 83-1 (email correspondence). On February 9, 2026, two of Plaintiffs' counsel in this action, and Sandison and Boche, who are attorneys associated with The Advocates for Human Rights, a Plaintiff in this action, visited the ICE holding facility inside the Whipple Building. *See* Declaration of Tauria Rich ¶¶ 11-17. During the days after the hearing, Defendants worked diligently to reach a settlement regarding Plaintiffs' claims on which they seek preliminary injunctive relief. On February 10, 2026, Plaintiffs submitted Sandison's and Boche's declarations. ECF Nos. 89 & 90.

Pursuant to Local Rule 7.1(a), undersigned counsel wrote to Plaintiffs' counsel approximately one hour before filing this motion and asked if Plaintiffs would agree not to oppose this motion. After one hour Plaintiffs responded that they would respond within five or ten minutes but have not provided a substantive response.

Granting this motion would not prejudice Plaintiffs. Defendants' position is that the delay of two days is minor and would not affect any other deadlines in this proceeding. Furthermore, Plaintiffs likely are aware of the expected testimony.

Defendants believe that granting leave to submit the declaration out of time would provide the Court a better record upon which to base its disposition of Plaintiffs' motion for a preliminary injunction.

Dated: February 12, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

GLENN M. GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

*s/ Christina Parascandola*
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
ANDREW C. ABRAMS
Trial Attorney
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov

Attorneys for Defendants