UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE TO NONCITIZEN DETAINEES: COURT ORDER

1. **Within one hour of your detention and before you are transferred out of this facility:**

   a. You will be provided with your **A-number** and a **list of telephone numbers for free legal service providers**. You will be provided with these materials (and this Notice) in English, Spanish, Somali, French, and Hmong. If you cannot read or if you speak a different language, you may request and will be provided with an in-person or phone translation of these materials.

   b. You will have **free and private access to the telephone**. You will be allowed to make the number of calls necessary to reach your lawyer or family.

2. You will not be transferred out of Minnesota during the first **72 hours** of your detention. **Before you are transferred from this facility:**

   a. You will be informed of your transfer destination.

   b. You will have access to the telephone until you are able to reach counsel or family. These calls will be free, private, and accessible as described in Paragraphs 3 and 5, below.

3. After your first call(s), **you can continue to make free, private telephone calls with your lawyer**. There is no limit to the number of calls you can make to your lawyer, and there is no limit to the length of your calls. If a time limit is necessary for security purposes or to make sure other detainees can use the telephone, you can still spend up to **20 minutes** on a call. "Private" means that you can make the call without being overheard by officers, other staff, or other detainees.

4. If your lawyer calls the facility to give their name, phone number, or other message, that information will be provided to you in writing as promptly as possible.

5. If you have a disability, you will have access to telephone services on the same terms as detainees without disabilities (e.g., video calls).

6. Your location will be accurately identified in the ICE Online Detainee Locator System by your name, birth date, and A-number.

7. **Your lawyer can visit you at the facility** in a private room seven days a week, for a minimum of eight hours per day on business days (Monday through Friday), and a minimum of four hours per day on weekends and holidays.

8. The government cannot retaliate against you for complaining about any violation of this Notice, including in your immigration proceedings or in any other context.

Dated: February 12, 2026

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel, United States District Judge