UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THE ADVOCATES FOR HUMAN
RIGHTS et al.,

        Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY et al.,

        Defendants.

Case No. 26-cv-749 (NEB/DLM)

**PLAINTIFFS' MEET AND
CONFER STATEMENT**

Plaintiffs certify that the parties have met and conferred via email regarding Plaintiffs' request that Defendants accept Plaintiffs' proposed expedited discovery and the parties were unable to agree regarding that request. The email correspondence is attached hereto.

[Signature Page Follows.]

Dated: February 13, 2026

*s/ Alethea M. Huyser*
Alethea M. Huyser (#0389270)
Rachel L. Dougherty (#0399947)
Devin T. Driscoll (#0399948)
Sarah Theisen (#0402844)
Margaret G. Severson (#0504388)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
P: (612) 492-7000
ahuyser@fredlaw.com
rdougherty@fredlaw.com
ddriscoll@fredlaw.com
stheisen@fredlaw.com
mseverson@fredlaw.com

Jeffrey B. Dubner*
Aman T. George*
Mark B. Samburg*
Anashua Dutta*
Elena Goldstein*
**DEMOCRACY FORWARD
FOUNDATION**
P.O. Box 34553
Washington, DC 20043
P: (202) 448-9090
jdubner@c.democracyforward.org
ageorge@democracyforward.org
msamburg@democracyforward.org
adutta@democracyforward.org
egoldstein@democracyforward.org

*pro hac vice application filed

*Counsel for Plaintiffs*

2

| | |
|---|---|
| **From:** | Silvis, William (CIV) |
| **To:** | Huyser, Leah; Parascandola, Christina (CIV); Abrams, Andrew C (CIV); Fuller, David (USAMN) |
| **Cc:** | Dougherty, Rachel; Driscoll, Devin; Severson, Margaret; Jeff Dubner; Mark Samburg; Aman George; Anashua Dutta |
| **Subject:** | RE: Posted Phone Number; Request for Expedited Discovery |
| **Date:** | Friday, February 13, 2026 5:48:48 PM |

<span style="background-color:red;color:white">**CAUTION: EXTERNAL E-MAIL**</span>

Please include the language of our objection in your motion: "Given that Plaintiffs have not asked to confer over a schedule for discovery and have not articulated any basis for expedited discovery, Defendants would oppose any motion for expedited discovery filed today."

**From:** Huyser, Leah <Ahuyser@fredlaw.com>
**Sent:** Friday, February 13, 2026 6:21 PM
**To:** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Abrams, Andrew C (CIV) <Andrew.C.Abrams@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>
**Cc:** Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Severson, Margaret <mseverson@fredlaw.com>; Jeff Dubner <consultantjdubner@democracyforward.org>; Mark Samburg <msamburg@democracyforward.org>; Aman George <ageorge@democracyforward.org>; Anashua Dutta <adutta@democracyforward.org>
**Subject:** [EXTERNAL] RE: Posted Phone Number; Request for Expedited Discovery

Hi Will,

Thank you for following up on the contact number. We appreciate receiving that in as expedited a fashion as possible.

In terms of the discovery, we are seeking expedited discovery to obtain information in advance of a potential preliminary injunction hearing, including discovery needed to evaluate defenses and assertions made in the Declarations submitted by Defendants.

We are moving quickly due to the short timelines. We wanted to give you as much notice and time as possible. Given that, we are preparing to file and will indicate you were not in agreement with the current proposal.

Happy to talk tonight or over the weekend. If Defendants are willing to agree to a discovery production at least a few days before the status conference, we can always update/withdraw the motion accordingly.

Alethea M. Huyser

(612) 492-7103

---

**From:** Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Sent:** Friday, February 13, 2026 4:58 PM
**To:** Huyser, Leah <Ahuyser@fredlaw.com>; Parascandola, Christina (CIV)
<Christina.Parascandola@usdoj.gov>; Abrams, Andrew C (CIV) <Andrew.C.Abrams@usdoj.gov>;
Fuller, David (USAMN) <David.Fuller@usdoj.gov>
**Cc:** Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>;
Severson, Margaret <mseverson@fredlaw.com>; Jeff Dubner
<consultantjdubner@democracyforward.org>; Mark Samburg
<msamburg@democracyforward.org>; Aman George <ageorge@democracyforward.org>; Anashua
Dutta <adutta@democracyforward.org>
**Subject:** RE: Posted Phone Number; Request for Expedited Discovery

**CAUTION: EXTERNAL E-MAIL**

---

Hi Leah,

We are checking with ICE regarding your first question. Regarding the second, Defendants
would be happy to set a time to confer regarding a discovery plan.   Given that Plaintiffs have
not asked to confer over a schedule for discovery and have not articulated any basis for
expedited discovery, Defendants would oppose any motion for expedited discovery filed today.

Best – Will

---

**From:** Huyser, Leah <Ahuyser@fredlaw.com>
**Sent:** Friday, February 13, 2026 4:02 PM
**To:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Abrams, Andrew C (CIV)
<Andrew.C.Abrams@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Fuller, David
(USAMN) <David.Fuller@usdoj.gov>
**Cc:** Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>;
Severson, Margaret <mseverson@fredlaw.com>; Jeff Dubner
<consultantjdubner@democracyforward.org>; Mark Samburg
<msamburg@democracyforward.org>; Aman George <ageorge@democracyforward.org>; Anashua
Dutta <adutta@democracyforward.org>
**Subject:** [EXTERNAL] Posted Phone Number; Request for Expedited Discovery

Counsel,

I write with two time-sensitive questions.

First, pursuant to the Court's Feb. 12, 2026 Order, Defendants are to have a phone number posted online to allow attorneys to schedule phone calls or visits with detainees at Whipple. We are hearing that immigration attorneys are so far unable to find such a number.  Please provide us that number and direct us to where it can be found online ASAP.

Second, Plaintiffs seek responses and the production of documents in response to the attached Expedited Discovery Requests on or before February 20, 2026.  Pursuant to Local Rules, I am writing to meet and confer to see whether Defendants will agree to the discovery and timeline.  Please let us know if Defendants are willing to accept the discovery.  Absent an agreement, Plaintiffs intend to file a motion seeking the expedited discovery around 5:00 p.m. CT today.

Thanks,
Leah

**Alethea M. Huyser | Attorney | Fredrikson & Byron, P.A.**
200 South Sixth Street, Suite 4000 | Minneapolis, Minnesota 55402
Main: 612.492.7000 | Direct: 612.492.7103  | AHuyser@fredlaw.com

**\*\*This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (612) 492-7000. The name and biographical data provided above are for informational purposes only and are not intended to be a signature or other indication of an intent by the sender to authenticate the contents of this electronic message.\*\***