UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

THE ADVOCATES FOR HUMAN RIGHTS *et al.*

        Plaintiffs,

    v.

U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,

        Defendants.

Case No. 26-cv-749 (NEB/DLM)

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY**

---

This matter came before the Court on Plaintiffs' motion expedited discovery. Based on Plaintiffs' motion, it is hereby ORDERED as follows:

1. Plaintiffs' motion to serve expedited discovery on Defendants is GRANTED;

2. Defendants must provide their objections, responses, and produce responsive documents to Plaintiffs not later than 12:00 PM ET on Friday, February 20, 2026.

Dated:_____

_____
THE HONORABLE DOUGLAS L. MICKO
UNITED STATES MAGISTRATE JUDGE