UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS; L.H.M, | ) ) ) | No. 26-cv-749-NEB/DLM |
| Plaintiffs, | ) ) ) | The Hon. Douglas L. Micko |
| v. | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS; MARCOS CHARLES; DAVID EASTERWOOD; U.S. FEDERAL PROTECTIVE SERVICE; FARON K. PARAMORE, | ) ) ) ) ) ) | |
| Defendants. | | |

**DEFENDANTS' UNOPPOSED MOTION FOR PROTECTIVE ORDER**

Defendants, U.S. Department of Homeland Security, *et al.*, respectfully request that this Court enter a protective order such that the Government may turn over documents and discovery to Plaintiffs' counsel. After entry of this Order, Defendants may produce discovery that is unredacted for certain information that would be protected from disclosure under the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a, *et seq.*[1]

Defendants believe that entry of the attached protective order is necessary to protect against the unauthorized disclosure of confidential, for official use only, law enforcement sensitive, and private information. Certain protected documents requested in discovery contain law enforcement sensitive or private information for which special protection is

---

[1]     Even upon entry of this Protective Order, certain other privileged material in the documents Defendants produce will remain redacted or be withheld.

warranted.  Furthermore, certain protected documents include Government records that contain information related to law enforcement activities not made available by the Government to the general public that could be adversely used to circumvent law enforcement efforts. These records may also contain sensitive information about the relevant agencies' internal investigations which is law enforcement sensitive and should not be released to the general public.

In addition, certain protected documents contain material covered by the Privacy Act, 5 U.S.C. § 552a.

On February 24 and 25, 2026, counsel for the parties corresponded by email.  Today, Plaintiffs' counsel stated that Plaintiffs agree to the protective order.

Accordingly, Defendants request that this Court enter the attached protective order.

Dated: February 25, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

GLENN M. GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

*s/ Christina Parascandola*
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov

Attorneys for Defendants