UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS; L.H.M, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS; MARCOS CHARLES; DAVID EASTERWOOD; U.S. FEDERAL PROTECTIVE SERVICE; FARON K. PARAMORE, <br><br> Defendants. | No. 26-cv-749-NEB/DLM <br><br> The Hon. Douglas L. Micko |

**DEFENDANTS' MEET-AND-CONFER STATEMENT PURUSANT TO LOCAL RULE 7.1(a)**

I, Christina Parascandola, counsel for Defendants, hereby certify that, on February 24 and 25, 2026, I corresponded with Plaintiffs' counsel Jeffrey Dubner regarding Defendants' Unopposed Motion for a Protective Order.  Today Mr. Dubner stated that Plaintiffs agree to the protective order.

Dated: February 25, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

GLENN M. GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

*s/ Christina Parascandola*
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov

Attorneys for Defendants