UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-00749 (NEB/DLM)<br><br><br>**EMERGENCY MOTION TO COMPEL PRODUCTION AND ENFORCE A COURT ORDER** |

Pursuant to Fed. R. Civ. P 37 and the Court's inherent authority, Plaintiffs respectfully move the Court for an Order finding that Defendants have violated the Court's February 22, 2026 Order (ECF No. 101) and requiring production of discovery. Plaintiffs respectfully request an emergency hearing and that the Court immediately issue an order granting the relief laid out in Plaintiffs' proposed order.

This motion is based on the supporting memoranda of law, arguments of counsel, and all pleadings filed herein.

Dated: February 25, 2026                Respectfully submitted,

*s/ Alethea M. Huyser*
Alethea M. Huyser (#0389270)

Rachel L. Dougherty (#0399947)
Devin T. Driscoll (#0399948)
Sarah Theisen (#0402844)
Margaret G. Severson (#0504388)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
P: (612) 492-7000
ahuyser@fredlaw.com
rdougherty@fredlaw.com
ddriscoll@fredlaw.com
stheisen@fredlaw.com
mseverson@fredlaw.com

Jeffrey B. Dubner
Aman T. George
Mark B. Samburg
Elena Goldstein
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
P: (202) 448-9090
jdubner@c.democracyforward.org
ageorge@democracyforward.org
msamburg@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*