## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

THE ADVOCATES FOR HUMAN
RIGHTS, *et al.*,

      Plaintiffs,

v.

U.S. DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

      Defendants.

Case No. 0:26-cv-00749 (NEB/DLM)

**NOTICE OF HEARING ON
EMERGENCY MOTION TO
COMPEL PRODUCTION AND
ENFORCE A COURT ORDER**

---

PLEASE TAKE NOTICE that on a date and time to be determined, before the Honorable Judge Nancy Brasel of the United States District Court for the District of Minnesota, Plaintiffs The Advocates for Human Rights and L.H.M. will move the Court for an Order granting their Emergency Motion to Compel Production and Enforce a Court Order.

Dated: February 25, 2026

Respectfully submitted,

*s/ Alethea M. Huyser*
Alethea M. Huyser (#0389270)
Rachel L. Dougherty (#0399947)
Devin T. Driscoll (#0399948)
Sarah Theisen (#0402844)
Margaret G. Severson (#0504388)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400

P: (612) 492-7000
ahuyser@fredlaw.com
rdougherty@fredlaw.com
ddriscoll@fredlaw.com
stheisen@fredlaw.com
mseverson@fredlaw.com

Jeffrey B. Dubner
Aman T. George
Mark B. Samburg
Elena Goldstein
**DEMOCRACY FORWARD
FOUNDATION**
P.O. Box 34553
Washington, DC 20043
P: (202) 448-9090
jdubner@c.democracyforward.org
ageorge@democracyforward.org
msamburg@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*