UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS, *et al.*, | Case No. 0:26-cv-00749 (NEB/DLM) |
| Plaintiffs, | |
| v. | **L.R. 7.1(f) WORD COUNT CERTIFICATE OF COMPLIANCE** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

I, Alethea M. Huyser, certify that Plaintiffs' Motion to Compel Prodution and Enforce a Court Order complies with Local Rule 7.1(f) for a brief produced with a proportional font. The length of the brief is 4,006 words. This brief was prepared using Microsoft Word 365 and the word processing program has been applied to include all text, headings, footnotes, and quotations for word count purposes, but excludes the excepted items set forth in Local Rule 7.1(f)(1)(C)(i)-(v).

| | |
|---|---|
| Dated: February 25, 2026 | Respectfully submitted, |

<u>s/ Alethea M. Huyser</u>
Alethea M. Huyser (#0389270)
Rachel L. Dougherty (#0399947)
Devin T. Driscoll (#0399948)
Sarah Theisen (#0402844)
Margaret G. Severson (#0504388)
FREDRIKSON & BYRON, P.A.
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
P: (612) 492-7000
ahuyser@fredlaw.com
rdougherty@fredlaw.com
ddriscoll@fredlaw.com
stheisen@fredlaw.com
mseverson@fredlaw.com

Jeffrey B. Dubner*
Aman T. George*
Mark B. Samburg*
Anashua Dutta**
Elena Goldstein*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
P: (202) 448-9090
jdubner@c.democracyforward.org
ageorge@democracyforward.org
msamburg@democracyforward.org
adutta@democracyforward.org
egoldstein@democracyforward.org

* admitted pro hac vice
** application for pro hac vice admission pending

*Counsel for Plaintiffs*