UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS, *et al.* | Case No. 26-cv-00749 (NEB/DLM) |
| Plaintiffs, | **DECLARATION OF ALETHEA M. HUYSER** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

I, Alethea M. Huyser, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am counsel of record for Plaintiffs in the above-captioned matter, and I submit this declaration in support of Plaintiffs' Emergency Motion to Compel Production and Enforce a Court Order.

2. Attached hereto as **Exhibit A**, is a true and correct copy of correspondence between counsel for Plaintiffs and counsel for Defendants regarding the production of discovery dated February 21, 2026.

3. Attached hereto as **Exhibit B**, is a true and correct copy of correspondence between counsel for Plaintiffs and counsel for Defendants regarding the production of discovery between February 23, 2026 and February 25, 2026.

4. Attached hereto as **Exhibit C**, is a true and correct copy of Defendants' Answers to Interrogatories, dated February 25, 2026.

5. Attached hereto as **Exhibit D**, is a true and correct copy of Defendants' Responses to Requests for Documents, dated February 25, 2026.

Dated: February 25, 2026          *s/ Alethea M. Huyser*
                                  Alethea M. Huyser
                                  Hennepin County, Minnesota