# EXHIBIT A

| | |
|---|---|
| **From:** | Jeff Dubner |
| **To:** | Parascandola, Christina (CIV) |
| **Cc:** | Dougherty, Rachel; Driscoll, Devin; Severson, Margaret; Huyser, Leah; Mark Samburg; Aman George; Anashua Dutta; Silvis, William (CIV); Abrams, Andrew C (CIV); Fuller, David (USAMN); DeSimone, Aniello (CIV) |
| **Subject:** | Re: Posted Phone Number; Request for Expedited Discovery |
| **Date:** | Saturday, February 21, 2026 6:01:47 PM |

**CAUTION: EXTERNAL E-MAIL**

Christina,

We wanted to check that we hadn't missed a production by Defendants yesterday. You indicated during our meet and confers on Thursday and Friday that you expected to provide responses to the interrogatories and RFPs 4-7 and 11-14 by yesterday, February 20. And Defendants' opposition to the motion for expedited discovery reflected the same. But I don't believe anybody on our end received any production. Could you let us know where to find the documents and interrogatory responses, or if Defendants' plans have changed?

Additionally, we are still waiting for a response on the phone number situation. Could you provide an update on how Defendants are complying with paragraph 3(b) of the Temporary Restraining Order?

Thanks,
Jeff

On Thu, Feb 19, 2026 at 10:02 PM Jeff Dubner <consultantjdubner@democracyforward.org> wrote:

> Christina,
>
> Thank you for following up. Yes, that's the number they've been calling.
>
> Regards,
> Jeff
>
> On Thu, Feb 19, 2026 at 8:29 PM Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov> wrote:
>
>> Dear Jeff,
>>
>> Today during the parties' conference you stated that multiple immigration attorneys reported that they called the phone number ICE provided for scheduling phone calls or visits with detainees at Whipple and that the number was not working or that calls to the number are forwarded to Washington, D.C. Could you confirm that the number these attorneys report calling is (612) 409-7799?
>>
>> Sincerely,

**EXHIBIT A**

Christina

Christina Parascandola

Senior Litigation Counsel

Office of Immigration Litigation

U.S. Department of Justice

202-514-3097 | [christina.parascandola@usdoj.gov](mailto:christina.parascandola@usdoj.gov)

---

**From:** Parascandola, Christina (CIV)
**Sent:** Friday, February 13, 2026 10:31 PM
**To:** 'Huyser, Leah' <[Ahuyser@fredlaw.com](mailto:Ahuyser@fredlaw.com)>
**Cc:** Dougherty, Rachel <[RDougherty@fredlaw.com](mailto:RDougherty@fredlaw.com)>; Driscoll, Devin <[DDriscoll@fredlaw.com](mailto:DDriscoll@fredlaw.com)>; Severson, Margaret <[mseverson@fredlaw.com](mailto:mseverson@fredlaw.com)>; Jeff Dubner <[consultantjdubner@democracyforward.org](mailto:consultantjdubner@democracyforward.org)>; Mark Samburg <[msamburg@democracyforward.org](mailto:msamburg@democracyforward.org)>; Aman George <[ageorge@democracyforward.org](mailto:ageorge@democracyforward.org)>; Anashua Dutta <[adutta@democracyforward.org](mailto:adutta@democracyforward.org)>; Silvis, William (CIV) <[William.Silvis@usdoj.gov](mailto:William.Silvis@usdoj.gov)>; Abrams, Andrew C (CIV) <[Andrew.C.Abrams@usdoj.gov](mailto:Andrew.C.Abrams@usdoj.gov)>; Fuller, David (USAMN) <[David.Fuller@usdoj.gov](mailto:David.Fuller@usdoj.gov)>
**Subject:** RE: Posted Phone Number; Request for Expedited Discovery

Dear Leah,

This afternoon you asked for a phone number posted online to allow attorneys to schedule phone calls or visits with detainees at Whipple. Below is the public-facing contact information for attorneys. The information is on ICE's website at https://www.ice.gov/contact/field-offices. ERO confirmed that the telephone number is working. The recorded message still states that operating hours are 7:30 a.m. to 4 p.m. but we are told that ERO is working to update the time frame in accordance with the TRO.

**ICE Field Offices | ICE**

**Fort Snelling - ERO**

**St Paul Field Office**

1 Federal Drive
Suite 1601
Fort Snelling, MN 55111

(612) 409-7799

**Area of Responsibility:** Iowa, Minnesota, Nebraska, North Dakota, South Dakota

**Email:** StPaul.Outreach@ice.dhs.gov

Sincerely,

Christina

Christina Parascandola

Senior Litigation Counsel

Office of Immigration Litigation

U.S. Department of Justice

202-514-3097 | christina.parascandola@usdoj.gov

---

**From:** Huyser, Leah <Ahuyser@fredlaw.com>
**Sent:** Friday, February 13, 2026 6:21 PM
**To:** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Abrams, Andrew C (CIV) <Andrew.C.Abrams@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>
**Cc:** Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Severson, Margaret <mseverson@fredlaw.com>; Jeff Dubner <consultantjdubner@democracyforward.org>; Mark Samburg <msamburg@democracyforward.org>; Aman George <ageorge@democracyforward.org>; Anashua Dutta <adutta@democracyforward.org>
**Subject:** [EXTERNAL] RE: Posted Phone Number; Request for Expedited Discovery

Hi Will,

Thank you for following up on the contact number. We appreciate receiving that in as expedited a fashion as possible.

In terms of the discovery, we are seeking expedited discovery to obtain information in advance of a potential preliminary injunction hearing, including discovery needed to evaluate defenses and assertions made in the Declarations submitted by Defendants.

We are moving quickly due to the short timelines. We wanted to give you as much notice and time as possible. Given that, we are preparing to file and will indicate you were not in agreement with the current proposal.

Happy to talk tonight or over the weekend. If Defendants are willing to agree to a discovery production at least a few days before the status conference, we can always update/withdraw the motion accordingly.

Alethea M. Huyser

(612) 492-7103

---

**From:** Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Sent:** Friday, February 13, 2026 4:58 PM
**To:** Huyser, Leah <Ahuyser@fredlaw.com>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Abrams, Andrew C (CIV) <Andrew.C.Abrams@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>
**Cc:** Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Severson, Margaret <mseverson@fredlaw.com>; Jeff Dubner <consultantjdubner@democracyforward.org>; Mark Samburg <msamburg@democracyforward.org>; Aman George <ageorge@democracyforward.org>; Anashua Dutta <adutta@democracyforward.org>
**Subject:** RE: Posted Phone Number; Request for Expedited Discovery

**CAUTION: EXTERNAL E-MAIL**

Hi Leah,

We are checking with ICE regarding your first question. Regarding the second, Defendants would be happy to set a time to confer regarding a discovery plan.   Given that Plaintiffs have not asked to confer over a schedule for discovery and have not articulated any basis for expedited discovery, Defendants would oppose any motion for expedited discovery filed today.

Best – Will

**From:** Huyser, Leah <Ahuyser@fredlaw.com>
**Sent:** Friday, February 13, 2026 4:02 PM
**To:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Abrams, Andrew C (CIV) <Andrew.C.Abrams@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>
**Cc:** Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Severson, Margaret <mseverson@fredlaw.com>; Jeff Dubner <consultantjdubner@democracyforward.org>; Mark Samburg <msamburg@democracyforward.org>; Aman George <ageorge@democracyforward.org>; Anashua Dutta <adutta@democracyforward.org>
**Subject:** [EXTERNAL] Posted Phone Number; Request for Expedited Discovery

Counsel,

I write with two time-sensitive questions.

First, pursuant to the Court's Feb. 12, 2026 Order, Defendants are to have a phone number posted online to allow attorneys to schedule phone calls or visits with detainees at Whipple.  We are hearing that immigration attorneys are so far unable to find such a number.  Please provide us that number and direct us to where it can be found online ASAP.

Second, Plaintiffs seek responses and the production of documents in response to the attached Expedited Discovery Requests on or before February 20, 2026.  Pursuant to

Local Rules, I am writing to meet and confer to see whether Defendants will agree to the discovery and timeline.  Please let us know if Defendants are willing to accept the discovery.  Absent an agreement, Plaintiffs intend to file a motion seeking the expedited discovery around 5:00 p.m. CT today.

Thanks,

Leah

**Alethea M. Huyser | Attorney | Fredrikson & Byron, P.A.**

200 South Sixth Street, Suite 4000 | Minneapolis, Minnesota 55402

Main: 612.492.7000 | Direct: 612.492.7103  | [AHuyser@fredlaw.com](mailto:AHuyser@fredlaw.com)

**\*\*This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (612) 492-7000. The name and biographical data provided above are for informational purposes only and are not intended to be a signature or other indication of an intent by the sender to authenticate the contents of this electronic message.\*\***