UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THE ADVOCATES FOR HUMAN RIGHTS, *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

Case No. 0:26-cv-00749 (NEB/DLM)

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION AND ENFORCE A COURT ORDER**

After reviewing Plaintiffs' Motion to Compel Production and Enforce A Court Order, the Court finds that Defendants failed to comply with the Court's February 22, 2026 Order requiring discovery responses and production by February 25, 2026 at 12:00 p.m. The Court further finds the non-compliance was not substantially justified and grants relief pursuant Fed. R. of Civ. P. 37(a), (b) and based on the Court's inherent authority.

Based on the foregoing and on all files, records, and proceedings herein, the Court orders that:

1. Plaintiff's Motion to Compel Production and Enforce Court Order is granted;

2. Defendants shall provide complete and substantive responses to Interrogatory Nos. 1 to 4, and complete production responsive to Requests for Production of Documents Nos. 1-3, 6-14, by February 27, 2026;

3. For purposes of Plaintiffs' motion for preliminary injunction and the March 5, 2026 hearing, Defendants shall be precluded from offering or relying on documents or data responsive to Plaintiffs' discovery requests and not produced by February 25, 2026.

4. Plaintiffs may submit a petition for reasonable attorneys' fees associated with the above-referenced motion by March 13, 2026; and

5. The briefing schedule set forth in the Court's February 22, 2026 Order (ECF 101) is amended as follows:

   a. Plaintiffs' brief is due on Monday, March 2, 2026, at 12 p.m.

   b. Defendants' brief is due on Tuesday, March 3, 2026, at 12 p.m.

   c. Plaintiffs' reply is due Wednesday, March 4, 2026, at 3 p.m.

   d. The Court will hold a hearing o/n Thursday, March 5, 2026, at 12 p.m.

Dated: _____          BY THE COURT:


                                       _____
                                       Nancy E. Brasel
                                       United States District Court Judge