UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THE ADVOCATES FOR HUMAN RIGHTS; ) No. 26-cv-749-NEB/DLM
L.H.M, )
 )
 )
Plaintiffs, )
 ) The Hon. Douglas L. Micko
 v. )
U.S. DEPARTMENT OF HOMELAND )
SECURITY; KRISTI NOEM; U.S. )
IMMIGRATION AND CUSTOMS )
ENFORCEMENT; TODD LYONS; MARCOS )
CHARLES; DAVID EASTERWOOD; U.S. )
FEDERAL PROTECTIVE SERVICE; FARON )
K. PARAMORE,

Defendants.

---

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMOVE NEXT FRIEND AND AMEND CAPTION**

Pursuant to Local Rule 7.1 and the Court's Order of February 26, 2026, ECF No. 115, Defendants submit this opposition to Plaintiffs' Motion to Remove Next Friend and Amend Caption, ECF No. 103. Plaintiffs filed this action on January 27, 2026, and have not disclosed the identities of the sole individual Plaintiff, whom they refer to as "L.H.M.," or the individual Plaintiff's Next Friend, whom they refer to as "C.A."[1] Complaint, ECF No. 1. Nor do Plaintiffs provide any explanation why L.H.M. was not competent to prosecute this case, thereby needing a Next Friend when Plaintiffs filed the complaint.[2] L.H.M. is not a minor. *See* Declaration of C.A.

---

[1]    Plaintiffs have never disclosed the identities of the individual Plaintiff or the individual Plaintiff's Next Friend in this litigation. When Plaintiffs filed their complaint, they also moved for the individual Plaintiff and individual Plaintiffs' Next Friend to appear anonymously. ECF Nos. 2, 4. That motion is pending. Defendants intend to respond to the motion.

[2]    In Plaintiffs' motion, Plaintiffs' counsel cites to a concussion that L.H.M. attests she suffered "while being searched by Defendants," ECF No. 103 at 2 (citing L.H.M.'s declaration,

(Jan. 27, 2026), ECF No. 5 ¶¶ 1, 2 (attesting that C.A. is over 18 and L.H.M. is the mother of A.C.'s partner and grandmother of C.A.'s child).

As noted, L.H.M. is the sole individual Plaintiff in this action. If L.H.M. was not competent to be a Plaintiff in her own capacity when this action was filed, then C.A., or L.H.M. through C.A., is the source of the allegations in Plaintiffs' complaint. C.A. therefore has personal knowledge of the alleged events that form the basis of Plaintiffs' claims and therefore is likely to have discoverable information relevant to the parties' claims and defenses. Further, Plaintiffs could amend their complaint to raise additional claims based on C.A.'s allegations, or L.H.M.'s allegations as conveyed by C.A. *See* ECF No. 103 at 2 (statement by Plaintiffs' counsel that L.H.M. "was dealing with the effects of a concussion she suffered while being searched by Defendants").

If C.A. is removed as Next Friend, Defendants will be deprived of the ability to compel C.A. to be cross-examined on her account of events. *See* Fed. R. Civ. P. 37(d)(1)(A); *Warren v. Forney*, No. 23-CV-70 (JWB/LIB), 2024 WL 5298277, at *6 (D. Minn. Sept. 30, 2024) (observing that the defendants in that case had been prejudiced by the plaintiff's failure to appear for a deposition), *report and recommendation adopted*, No. CV 23-70 (JWB/LIB), 2024 WL 5135669 (D. Minn. Dec. 17, 2024); *Herrera v. Gadsden Indep. Sch. Dist.*, No. 2:24-CV-127 GBW/GJF, 2025 WL 2817832, at *7 (D.N.M. Oct. 3, 2025) (granting motion to compel for failure to comply with discovery requests). Without the ability to compel discovery, coupled with Plaintiffs' refusal to disclose the identities of the individual Plaintiff and the individual Plaintiff's Next Friend—even to Defendants—Defendants will be prejudiced by the removal of C.A. from this action as a

---

ECF No. 77 ¶¶ 17, 37) and states that after January 31, 2026, L.H.M. "recovered sufficiently to be capable of representing herself in this lawsuit," *id*. But nowhere in the record do Plaintiffs assert that L.H.M. was incompetent at any time.

Next Friend.

For the foregoing reasons, Defendants request that the Court deny Plaintiffs' request to remove C.A. as Plaintiffs L.H.M.'s Next Friend in this action.

Dated: March 2, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

GLENN M. GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

*s/ Christina Parascandola*
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov

Attorneys for Defendants