UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS and L.H.M., through her next friend C.A., | Case No. 26-CV-749 (NEB/DLM) |
| Plaintiffs, | |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as the Acting Executive Director for Immigration and Customs Enforcement's Enforcement and Removal Operations; DAVID EASTERWOOD, in his official capacity as Acting Field Office Director for Immigration and Customs Enforcement's Enforcement and Removal Operations St. Paul Field Office; U.S. FEDERAL PROTECTIVE SERVICE; FARON K. PARAMORE, in his official capacity as Director of the Federal Protective Service, | ORDER |
| Defendants. | |

Based on the Stipulated Briefing Schedule for Plaintiffs' Motion for a Preliminary Injunction and all the files, records, and proceedings in this case, IT IS HEREBY

ORDERED that:

1. The briefing schedule set forth during the February 27, 2026 Status Conference is amended as follows:

   a. Plaintiffs' brief is due on Thursday, March 5, 2026, at 5:00 p.m.;

   b. Defendants' brief is due on Thursday, March 12, 2026, at 5:00 p.m.;

   c. The parties will exchange witness lists on Friday, March 13, 2026, at 12:00 p.m.;

   d. Plaintiffs' reply is due on Tuesday, March 17, 2026, at 5:00 p.m.; and

   e. The hearing on the preliminary injunction currently scheduled for March 6, 2026 will instead be held on Thursday, March 19, 2026 at 9 a.m.

2. The TRO is extended to Thursday, March 26, 2026 at 5:00 p.m., with the consent of the adverse party. The reason for this extension is to provide the parties time to develop a record and argument for the preliminary injunction hearing.

Dated: March 3, 2026                          BY THE COURT:
                                              s/Nancy E. Brasel
                                              Nancy E. Brasel
                                              United States District Judge