UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Advocates for Human Rights; L.H.M., through her next friend C.A., | No. 26-cv-749 (NEB/DLM) |
| Plaintiffs, | **ORDER** |
| v. | |
| U.S. Department of Homeland Security; Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Immigration and Customs Enforcement; Todd Lyons, in his official capacity as Acting Director of Immigration and Customs Enforcement; Marcos Charles, in his official capacity as the Acting Executive Director for Immigration and Customs Enforcement's Enforcement and Removal Operations; David Easterwood, in his official capacity as Acting Field Office Director for Immigration and Customs Enforcement's Enforcement and Removal Operations St. Paul Field Office; U.S. Federal Protective Service; Faron K. Paramore, in his official capacity as Director of the Federal Protective Service, | |
| Defendants, | |

Plaintiffs The Advocates for Human Rights and L.H.M. ("Plaintiff") move the Court for an Order removing C.A. as next friend of L.H.M. and amending the case caption to reflect that change. (Doc. 103.) Defendants oppose the motion. (Doc. 126.) For the reasons explained below Plaintiffs' Motion to Remove Next Friend and Amend Caption (Doc. 103) is granted.

1

## BACKGROUND

Plaintiffs represent that when they filed their lawsuit on January 27, 2026, Plaintiff L.H.M. was detained by Defendants and could not access her attorney. (Docs. 21 ¶¶ 7-10; 77 ¶¶ 10-18.) As a result, L.H.M.'s relative C.A. retained counsel to bring the lawsuit on behalf of L.H.M., as L.H.M.'s next friend. (*See* Docs. 5 ¶¶ 3-10; 1 ¶ 6.) On January 31, 2026, L.H.M. was released from custody on a writ of habeas corpus but was dealing with the effects of a concussion she suffered while in Defendants' custody. (*See* Doc. 77 ¶¶ 13, 25, 27.) Plaintiffs represent that L.H.M. has sufficiently recovered from her concussion and is now capable of representing herself in this lawsuit, and thus argue that C.A. should be removed as L.H.M.'s next friend.

Defendants contend that if C.A. is removed as L.H.M.'s next friend, they might be deprived of the ability to compel C.A. to be cross-examined or compel discovery from C.A. since Plaintiffs have refused to disclose the identities of either L.H.M. or C.A. This, say Defendants, means that they are at strong risk of being prejudiced by C.A.'s removal from this action.

## ANALYSIS

Because L.H.M. was detained without access to her attorney when this lawsuit was filed and then suffered the effects of a concussion, L.H.M. brought this action using a next friend. *See* Federal Rule of Civil Procedure 17(c). When, as here, a disability which requires a litigant to use a next friend is removed, it is appropriate for the Court to likewise remove the next friend. *See Dalton v. Town of Silver City*, No. 17-cv-1143 (WJ/GBW), 2022 WL 2106247, at *1 (D.N.M. June 10, 2022) (collecting cases); *Walker v. Evans*, No.

10-cv-12596, 2011 WL 3583248, at *1 (E.D. Mich. Aug. 15, 2011). Plaintiffs represent that L.H.M. has now sufficiently recovered to participate fully on her own behalf in this action, without need for a next friend. Based on this representation, the Court concludes it is appropriate to remove L.H.M.'s next friend C.A. Moreover, the Court is unpersuaded by Defendants' contention that they will be unable to depose C.A. if C.A. is removed as next friend. There is a pending motion before the District Court for L.H.M. and C.A. to appear anonymously; if that motion is granted, Defendants would never learn C.A.'s identity in any event, and if it is denied, Defendants are free to seek C.A.'s deposition via subpoena once C.A.'s identity is disclosed.

## ORDER

Accordingly, Plaintiffs' Motion to Remove Next Friend and Amend Caption (Doc. 103) is granted. The Clerk of Court is directed to amend the case caption to reflect the Plaintiffs as: The Advocates for Human Rights and L.H.M., on her own behalf and on behalf of a class of similarly situated individuals.

**SO ORDERED**.

DATED: March 3, 2026

                                              *s/Douglas L. Micko*
                                              DOUGLAS L. MICKO
                                              United States Magistrate Judge