UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS, *et al.* | Case No. 0:26-cv-00749 |
| Plaintiffs, | |
| v. | **DECLARATION OF ALETHEA M. HUYSER IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

I, Alethea M. Huyser, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am counsel of record for Plaintiffs in the above-captioned matter, and I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a Notice to Noncitizen Detainees: Court Order, List of Pro Bono Legal Service Providers, and Detainee Telephone Call & National Detainee Handbook Receipt produced by Defendants.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a Telmate report of call details produced by Defendants.

1

4. Attached hereto as **Exhibit 3** is a true and correct copy of email correspondence between counsel for Plaintiffs and counsel for Defendants regarding the production of discovery between February 26, 2026 and February 27, 2026.

5. Attached hereto as **Exhibit 4** is a true and correct copy of email correspondence between counsel for Plaintiffs and counsel for Defendants regarding the Court-ordered visit to Whipple between February 6, 2026 and February 8, 2026.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a photo of a list of consulates and organizations produced by Defendants.

7. Attached hereto as **Exhibit 6** is a true and correct copy of documents Bates numbered ICE – 00000001 through ICE – 00000024 produced by Defendants. This exhibit is being filed under seal.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a spreadsheet produced by Defendants. This exhibit is being filed conventionally and under seal.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a visitors check-in log produced by Defendants. This exhibit is being filed under seal.

10. Attached hereto as **Exhibit 9** is a true and correct copy of email correspondence between counsel for Plaintiffs and counsel for Defendants

regarding the production of discovery between February 23, 2026 and February 25, 2026.

Dated: March 6, 2026                              *s/ Alethea M. Huyser*
                                                  Alethea M. Huyser
                                                  Hennepin County, Minnesota