# EXHIBIT 3

**TO THE DECLARATION OF ALETHEA HUYSER**

| | |
|---|---|
| **From:** | Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov> |
| **Sent:** | Friday, February 27, 2026 9:09 AM |
| **To:** | Jeff Dubner |
| **Cc:** | Huyser, Leah; Aman George; Mark Samburg; Anashua Dutta; Dougherty, Rachel; Driscoll, Devin; Abrams, Andrew C (CIV); Silvis, William (CIV); Fuller, David (USAMN) |
| **Subject:** | RE: [EXTERNAL] Re: AHR v. DHS, Follow up on Discovery |

**CAUTION: EXTERNAL E-MAIL**

Good morning, Jeff,

Apologies for the radio silence. We still are conferring with Defendants and will let you know if we will have matters to discuss. Thank you for reaching out.

Sincerely,

Christina

Christina Parascandola
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
202-514-3097 | christina.parascandola@usdoj.gov

**From:** Jeff Dubner <consultantjdubner@democracyforward.org>
**Sent:** Thursday, February 26, 2026 4:52 PM
**To:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>
**Cc:** Huyser, Leah <Ahuyser@fredlaw.com>; Aman George <ageorge@democracyforward.org>; Mark Samburg <msamburg@democracyforward.org>; Anashua Dutta <adutta@democracyforward.org>; Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Abrams, Andrew C (CIV) <Andrew.C.Abrams@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>
**Subject:** [EXTERNAL] Re: AHR v. DHS, Follow up on Discovery

Christina,

Following up on today's status conference, should we set up a time earlier in the day tomorrow to meet and confer further on the Interrogatories and RFPs 2, 6, and 7? We are available throughout the morning but would propose trying for 8:00 or 9:00 a.m. CT to be sufficiently in advance of tomorrow's status conference.

1

Let us know what works for you and we will make it work.

Regards,

Jeff

On Thu, Feb 26, 2026 at 3:11 PM Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov> wrote:

> Dear Leah,
>
> ICE informs us that it has updated information for the telephone line for attorneys who seek to contact their clients who are detainees at Whipple.
>
> See ICE Field Offices | ICE
>
> As you can see from the screen shot of the website below, ICE provides a new number for weekends and holidays.
>
> **Fort Snelling - ERO**
>
> St Paul Field Office
> 1 Federal Drive
> Suite 1601
> Fort Snelling, MN 55111
>
> (612) 409-7799 | (612) 843-8723 weekends & holidays
>
> **Area of Responsibility:** Iowa, Minnesota, Nebraska, North Dakota, South Dakota
>
> **Email:** StPaul.Outreach@ice.dhs.gov

As we mentioned earlier, USCIS employees assist with answering and routing calls received via the Whipple public facing telephone line.

Sincerely,

Christina

Christina Parascandola

Senior Litigation Counsel

Office of Immigration Litigation

U.S. Department of Justice

202-514-3097 | christina.parascandola@usdoj.gov

---

**From:** Parascandola, Christina (CIV)
**Sent:** Thursday, February 26, 2026 1:16 PM
**To:** 'Huyser, Leah' <Ahuyser@fredlaw.com>
**Cc:** Jeff Dubner <consultantjdubner@democracyforward.org>; Aman George <ageorge@democracyforward.org>; Mark Samburg <msamburg@democracyforward.org>; Anashua Dutta <adutta@democracyforward.org>; Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Abrams, Andrew C (CIV) <Andrew.C.Abrams@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>
**Subject:** RE: AHR v. DHS, Follow up on Discovery

Dear Leah,

ICE informs us of the following.

1. ICE has inquired with Talton about producing its records in native format.  ICE is unable to edit Talton's records.

3

2. ICE is requesting additional phone logs.

3. The visitor logs that ICE produced were all it had starting December 1, 2025.

We will have to get back to you on the questions you asked in your email below.

Sincerely,

Christina

Christina Parascandola

Senior Litigation Counsel

Office of Immigration Litigation

U.S. Department of Justice

202-514-3097 | christina.parascandola@usdoj.gov

---

**From:** Huyser, Leah <Ahuyser@fredlaw.com>
**Sent:** Thursday, February 26, 2026 12:33 PM
**To:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>
**Cc:** Jeff Dubner <consultantjdubner@democracyforward.org>; Aman George <ageorge@democracyforward.org>; Mark Samburg <msamburg@democracyforward.org>; Anashua Dutta <adutta@democracyforward.org>; Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Abrams, Andrew C (CIV) <Andrew.C.Abrams@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>
**Subject:** [EXTERNAL] RE: AHR v. DHS, Follow up on Discovery

Christina,

We appreciate the follow up. As to the request for a native version of the already-produced telephone records, it would be useful and would be an easy lift if Defendants already have it in native format. If Defendants do not have a native version, then we agree that prioritizing other productions is more important.

We wanted to raise one other housekeeping matter. As we prepare for our supplemental filing, we wanted to confer about a couple documents in Defendants' production. We're assuming the Court will enter the agreed-upon protective order, but think there are some documents that can be filed openly or filed under seal but discussed generally without redaction.

First, do Defendants have any objection to Plaintiffs filing the lists of consulates and legal service providers, the Notice of Rights, and the Transfer Notification document openly as exhibits to their supplemental brief? As these are all publicly available form documents, they don't seem to require sealing.

Second, Plaintiffs will file the phone and visit logs under seal if we file them as exhibits. Do Defendants object to Plaintiffs describing those documents generally in their brief, without disclosing any PII or internally identifying information (e.g., Telmate ID numbers)?

We're happy to jump on the phone if that would be helpful. Given that the timing of the production and the filing deadlines is incompatible with the five-day turnaround envisioned in paragraph 6 (and that we're raising this before it's even clear that a protective order will be in effect), we'd appreciate an answer at least a few hours before whenever the Court sets Plaintiffs' filing deadline.

Thanks,

Leah


Alethea M. Huyser

(612) 492-7103


---

**From:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>
**Sent:** Thursday, February 26, 2026 11:04 AM
**To:** Huyser, Leah <Ahuyser@fredlaw.com>
**Cc:** Jeff Dubner <consultantjdubner@democracyforward.org>; Aman George <ageorge@democracyforward.org>; Mark Samburg <msamburg@democracyforward.org>; Anashua Dutta <adutta@democracyforward.org>; Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Abrams, Andrew C (CIV) <Andrew.C.Abrams@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>
**Subject:** RE: AHR v. DHS, Follow up on Discovery

**CAUTION: EXTERNAL E-MAIL**

Dear Leah,

Thank you for your message.  We have passed along your questions to Defendants.  However, the Court has ordered Defendants to comply with Plaintiffs' Expedited Discovery Requests on a schedule that is more aggressive than we informed the Court that ICE expected it could meet.  *See* ECF No. 101 at 5.  Defendants produced yesterday what they could under this schedule, and we acknowledge that it was five hours late. Defendants inform us that they are working diligently to produce the remaining documents.   As you note, Plaintiffs have filed a motion to compel discovery.  We do understand that Plaintiffs' request is expedited for the purpose of the preliminary injunction hearing set for March 5, 2026.  We also understand that the St. Paul Field Office is focused on compliance with the TRO.  *See* ECF No. 95.  The agency, and we, the Department of Justice, have limited resources.  We have responded to you and your colleague Jeffrey Dubner's more pressing questions, such as whether the incoming phone line for taking inbound calls at the Whipple Building is functioning.  *See id*. at 38 ¶ 3.b.  We are focused on producing the remaining documents in response to Plaintiffs' expedited discovery request, which Plaintiffs' counsel say they need for the preliminary injunction hearing.  We therefore ask that Plaintiffs prioritize their requests.  Could you tell us: For a preliminary injunction hearing, it is necessary for Plaintiffs to have a phone log in native format?

Sincerely,

Christina

Christina Parascandola

Senior Litigation Counsel

Office of Immigration Litigation

U.S. Department of Justice

202-514-3097 | christina.parascandola@usdoj.gov

**From:** Huyser, Leah <Ahuyser@fredlaw.com>
**Sent:** Thursday, February 26, 2026 10:20 AM
**To:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Abrams, Andrew C (CIV)

<Andrew.C.Abrams@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>
**Cc:** Jeff Dubner <consultantjdubner@democracyforward.org>; Aman George <ageorge@democracyforward.org>; Mark Samburg <msamburg@democracyforward.org>; Anashua Dutta <adutta@democracyforward.org>; Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>
**Subject:** [EXTERNAL] AHR v. DHS, Follow up on Discovery

Christina,

As you've seen, Plaintiffs have filed a motion on the outstanding discovery issues. We write to raise a few additional questions.

(1) First, it appears that the Talton phone log document is a table of some sort. Can Defendants provide the document in native format for ease of use? Second, the columns for "Termination" and "Pay code" contain populated code entries which are not explained within the document. Can Defendants provide a data dictionary or a short explanation of what the codes in those columns mean?

(2) The phone logs end on February 10. Please provide them through the present day or explain why logs after February 10 cannot be produced.

(3) The visitor logs only cover two days (2/23 and 2/24) and do not include attorneys. Please produce records reflecting attorney visits since December 1, or confirm that no such records exist.

Thank you,
Leah

**Alethea M. Huyser | Attorney | Fredrikson & Byron, P.A.**

200 South Sixth Street, Suite 4000 | Minneapolis, Minnesota 55402

Main: 612.492.7000 | Direct: 612.492.7103 | AHuyser@fredlaw.com

**\*\*This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (612) 492-7000. The name and biographical data provided above are for informational purposes only and are not intended to be a signature or other indication of an intent by the sender to authenticate the contents of this electronic message.\*\***