# EXHIBIT 5

**TO THE DECLARATION OF ALETHEA HUYSER**



## HOLDING - Ft Snelling Whipple Federal Building (55111)

| The following numbers are provided as free calls to all ICE residents | Los números siguientes se ofrecen como llamadas gratuitas a todos los residentes del ICE |
|---|---|
| Press 1 for English, press 2 for Spanish. Dial 555# Once connected to the platform: | Pulse 1 para Inglés , pulse 2 para español . Dial 555 # Una vez conectado a la plataforma: |
| • Press 1 for English, oprime 2 para Español<br>• Enter your 9-digit Alien Number. If your A-number is less than 9 digits, put a "0" before your A-number<br>• For Anonymous calls to Crisis, DRIL, OPR, or OIG use 415 852 753 as A#<br>• Enter the Speed Dial number from the list below followed by the # Key.<br>• Then Stay on the line. | • Press 1 for English, oprime 2 para Español<br>• Marque su número de identificación extranjero. Si su número es inferior a 9 dígitos, poner un "0" antes de su número<br>• Para llamadas anónimos a Crisis, DRIL, OPR, o OIG utilize 415 852 753 como su número de extranjero<br>• Marque el número de marcado rápido de la lista de abajo, seguido por la seña #<br>• Después quédese en la línea |

| | Left | | | Right | |
|---|---|---|---|---|---|
| | *Board of Immigrations Appeals: Clerks Office and Emergency Stay | 571 # | | *CRISIS - Domestic & Sexual Abuse Hotline - MN | 480 # |
| | *CRISIS - Rape & Sexual Abuse National > Local Hotline (RAINN) | 391 # | | *DHS Office of Inspector General (OIG) | 518 # |
| | *EOIR - ABA Detention & LOP Information Line | 2150 # | | *EOIR - Children's Legal Center - Chicago | 742 # |
| | *EOIR - Immigrant Law Center of Minnesota | 1577 # | | *EOIR - Minnesota Advocates for Human Rights | 1578 # |
| | *EOIR - MN Advocates for Human Rights | 5725 # | | *EOIR - National Immigrant Justice Center -Chicago | 565 # |
| | *EOIR - South Dakota Voices for Peace | 997 # | | *Freedom for Immigrants/Friends of Miami Dade Detainees | 9233 # |
| | *ICE Detention Reporting & Information Line/DRIL | 9116 # | | *ICE Office of Professional Responsibility | 5663 # |
| | *IMMIGRATION COURT INFORMATION HOTLINE (EOIR) | 111 # | | *Metering Class Counsel | 1051 # |
| | *National Center for Missing & Exploited Children | 6985 # | | *Office of Refugee Resettlement Call Center | 699 # |
| | *UN High Commissioner for Refugees (UNHCR) Asylum and Refugees | 566 # | | *USCIS Immigration Service Center | 1683 # |
| | Albania - Embassy in Washington DC | 191 # | | Algeria - Embassy in Washington DC | 192 # |
| | Andorra - Consulate in New York | 193 # | | Angola - Embassy in Washington DC | 194 # |
| | Antigua and Barbuda - Embassy in Washington DC | 696 # | | Argentina - Consulate in Chicago | 524 # |
| | Armenia - Consulate in Washington DC | 197 # | | Australia - Consulate in Houston | 750 # |
| | Australia - Consulate in New York | 1442 # | | Austria - Embassy in Washington DC | 199 # |
| | Azerbaijan - Consulate in Los Angeles | 1396 # | | Bahamas - Consulate in New York City | 201 # |

02/05/26

1/6