# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS, et al.<br><br>     Plaintiffs<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>     Defendants | PLACEHOLDER FOR **SEALED EXHIBIT 7 TO THE DECLARATION OF ALETHEA M. HUYSER**<br><br><br>Case Number: 0:26-cv-749 (NEB/DLM) |

This document is a Placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office.

**DO NOT USE THIS PLACEHOLDER TO FILE A SEALED DOCUMENT. FOR SEALED DOCUMENTS, SEE LOCAL RULE 5.6.**

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (The document number of the order granting leave to file a voluminous document conventionally is required): *Enter Doc. #*

☐ Physical Object (description): *Enter Description*

☐ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media: *Enter Description*

☒ Other (description):  <u>Sealed Excel Spreadsheet</u>

File this Placeholder in ECF in place of the item filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

Form Updated 02/02/2017