UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS, *et al.* | Case No. 0:26-cv-00749 (NEB/DLM) |
| Plaintiffs, | **DECLARATION OF ERIN SIMARD** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

I, Erin Simard, declare the following is true and accurate to the best of my knowledge and recollection.

1. I am a legal assistant at Democracy Forward Foundation. Prior to Democracy Forward, I worked as a legal assistant for the law firm Sanford Heisler Sharp McKnight.

2. Defendants in this case produced a spreadsheet entitled "AHR v. DHS- ICE supplemental RFP 1+2 ROG 1+2 – final." I understand that that spreadsheet is being produced to the Court as Exhibit 7 to the Declaration of Leah Huyser.

3. The spreadsheet lists places and times at which people were detained during their detention in Minnesota or after transfer to a different state. I understand that the main tab, "Book-Ins with SPMHOLD_Detention," reflects people who were detained at the Bishop Henry Whipple Federal Building ("the Whipple Building") between December 1, 2025, and February 27, 2026. The data also includes some entries at the Whipple Building as late as March 2, 2026, for people whose first detention was on February 27 or earlier.

4. The spreadsheet is voluminous; it has 17,789 rows of data in the main tab.

5. Most individuals listed in the spreadsheet have multiple rows of data, one for each detention at an ICE detention facility, holding facility, hotel room, or (in some cases) transportation contractor. Where somebody had multiple non-consecutive stays at the same facility, each has a separate entry; for example, an individual might have a row for the Whipple Building, followed by a row for the Kandiyohi County Jail, followed by another row for the Whipple Building.

6. I used Microsoft Excel to summarize and make calculations based on the data. I have routinely used Microsoft Excel to perform my duties as a legal assistant, and am familiar with its basic functionality.

7. Plaintiffs' Supplemental Memorandum in Support of Their Motion for a Preliminary Injunction includes two sets of calculations that I performed: (1) the average length of stays at the Whipple Building, both before and after the TRO; and (2) the percentage of stays that were more than 12 or 24 hours long, both before and after the TRO.

8. To perform these calculations, I made the following assumptions about the data:

   a. The column "Initial Stay Book In Date Time" lists the time at which the relevant person was first booked into custody at any ICE facility. The spreadsheet lists a single "Initial Stay Book In Date Time" for each person.

   b. The column "Book In Date Time" lists the time at which the relevant person was booked into a particular facility.

   c. The column "Book Out Date Time" lists the time at which the relevant person was booked out of a particular facility.

9. Based on these assumptions, the length of time that each person stayed in each facility at which they were detained can be calculated by subtracting "Book In Date Time" for that stay from "Book Out Date Time." For people who had multiple non-consecutive stays at a given facility, the length of each stay can be separately determined.

10. I created a column for subtracting "Book in Date Time" from "Book Out Date Time," using the simple formula =B[row number]-A[row number].

11. The "Book In Date Time" and "Book Out Date Time" columns have the format [m/d/yyyy h:mm] – i.e., the date and 24-hour time. When adding a new column to subtract "Book in Date Time" from "Book Out Date Time," Excel formats the cells in that column like one of the columns next to it by default, but the results can most easily be read by changing the format to [h:mm:ss], i.e., hours, minutes, and seconds. For example, a stay of exactly 12 hours would appear as 12:00:00.

12. To calculate the average length of stays at the Whipple Building prior to February 11, 2026, I organized the data by "Book Out Date Time" to isolate the stays that ended before February 11, 2026. I used Excel's =AVERAGE function to determine the average length of those stays, and determined that the average was 12 hours, 14 minutes, and 10 seconds.

13. I did the same for stays that started after February 12, and determined that the average was 5 hours, 20 minutes, and 55 seconds.

14. To calculate the percentage of stays at the Whipple Building that were longer than 12 or 24 hours, I used Excel's =COUNTA function (which tallies the number of non-blank cells

in a given data range) to determine the total number of stays before February 11 or after February 12, the number of those stays that were longer than 12 hours, and the number of those stays that were longer than 24 hours. I then used those outputs to calculate the percentage of total stays in each period that were in each category.

15. For stays that ended before February 11, 37.06% of stays were longer than 12 hours, and 13.49% were longer than 24 hours. For stays that started after February 12, 10.58% were longer than 12 hours, and 2.64% were longer than 24 hours.

16. I excluded February 11 and February 12 at the direction of attorneys. I understand that the purpose of this exclusion is to remove stays that may have been prolonged while Defendants were in the process of changing their practice from out-of-state to in-state transfer. To ensure that this did not unduly skew the results, I also performed these calculations using a "Book In Date Time" of February 12 at 5:06 p.m. as a cutoff (as this is the time at which the Court entered an Order granting Plaintiff's Motion for a Temporary Restraining Order, Dkt. No. 95), and obtained similar results:

    a. Average stay length pre-TRO: 12 hours, 45 minutes, and 4 seconds

    b. Average stay length post-TRO: 5 hours, 56 minutes, and 23 seconds

    c. Percentage of stays longer than 12 hours pre-TRO: 37.43%

    d. Percentage of stays longer than 24 hours pre-TRO: 13.95%

    e. Percentage of stays longer than 12 hours post-TRO: 14.73%

    f. Percentage of stays longer than 24 hours pre-TRO: 2.42%

I declare the foregoing is true and accurate to the best of my knowledge.

Dated: March 6, 2026                                  */s/ Erin Simard*
                                                                                        Erin Simard