UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS, *et al.* | Case No. 0:26-cv-00749 (NEB/DLM) |
| Plaintiffs, | **DECLARATION OF PAMELA GUERRERO** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

I, Pamela Guerrero, declare the following is true and accurate to the best of my knowledge and recollection.

1. I am an immigration attorney based in the Minneapolis area of Minnesota. I am an Associate Attorney at Bienvenidos Law Farm, Inc. After I graduated from law school, I was an Immigrant Justice Corps Fellow with the Advocates for Human Rights ("AHR"). I handle a wide variety of immigration cases, including representation of detained noncitizens. I am licensed to practice in Minnesota and New York.

2. On Wednesday, February 18, 2026, I tried to call the St. Paul ERO field office. Two of my clients who had been detained by ICE in Minnesota were released in the last couple weeks after a judge granted their habeas petitions. One of these men was released last Wednesday. In his release order, the judge ordered ICE to release him with all his effects, including his documents and medicine. ICE released him without his driver's license, in violation of the court's order. When he asked for his driver's license back, the ICE agent on duty told him to just go down to the DMV and get another license.

3. I called the St. Paul Field Office at the number (612-409-7799) listed on its website (https://www.ice.gov/field-office/st-paul-field-office). There are a few extensions to choose from when calling this number, but ICE rarely answers any of them. I typically click extension "6," the line for "calling about someone in custody." Extension 6 is intended to be a line attorneys can call to ask about or speak with a detained client, though I have never been able to speak to a client through this line. My attempts to use other extensions have been similarly unsuccessful in most cases, even before Operation Metro Surge started last December. I have never been able to connect

through extension 7, the line for "calling about somebody not in custody, but in removal proceedings." And extension 5, the line for "paying a bond," is rarely answered.

4.     The first time I called I clicked extension 6. The phone rang for a few minutes, but no one answered. I then tried again. The second time I called, I clicked "6" and the phone rang many times before someone picked up. The person who answered was from the D.C. field office. I don't know why my phone call was re-routed to D.C. when I was calling the St. Paul office and had not requested that my call be re-directed.

5.     I explained to the agent in D.C. that I was trying to get my client's driver's license back and I needed to be put in touch with the St. Paul field office. He told me that the St. Paul field office no longer has an office phone and that to get in touch with them, I would have to email StPaul.Outreach@ice.dhs.gov.

6.     At that point, I emailed StPaul.Outreach@ice.dhs.gov around 11:30am asking ICE to return my client's license.

7.     I then tried calling the St. Paul field office for my second client who was released about two weeks ago. I wanted ICE to drop the conditions it had imposed on him for release, in violation of the court's order that directed his release without conditions. I tried the 612-409-7799 number and clicked "6" and was sent to D.C. again after the phone rang for a few minutes. This time a woman answered the phone. She said she was from the D.C. office. I told her that I had been trying to call the St. Paul field office for a week, across multiple days and at different times, but no one was answering. She told me that she can't help me and that I would have to refer my questions to the St. Paul office. I told her that the St. Paul field office wasn't answering my calls, to which she responded saying I would have to email them. She told me the St. Paul ERO field office is no longer using the 612-409-7799 phone number.

8.     I emailed the St. Paul office around noon requesting ICE drop the conditions on my client's release.

9.     I normally don't email the St. Paul field office because it takes them a long time to respond to emails and my clients needed their property back urgently. I was hoping that a call would be faster. Getting a response from ICE typically requires repeat calls and emails. The office's delay time in responding has gotten worse in the past couple months compared to past years. I am just trying to get ICE to comply with federal court orders, and I can't even do that because they won't answer their phone.

10.    ICE answered my emails the next day. I received a reply from the St. Paul outreach email address around 11am for my client who needed his driver's license returned. I received a reply from an individual employee around 1pm for my client who was released with conditions. They eventually returned my client's license and removed the conditions of my other client's release.

11. My supervisor also tried to call the St. Paul field office on behalf of a client whose property was not returned to him by ICE. She clicked extension "7" (which the message stated was for persons not in custody) and got transferred to a sort of customer service line. The person who answered was not from the St. Paul field office and when my supervisor told him that she was trying to get her client's property back, he just told her to call or email the St. Paul field office.

12. It is only marginally easier to make phone calls to detainees at other detention centers in the area, including Kandiyohi, Sherburne, and Freeborn. Kandiyohi ostensibly has a phone line and an email available for attorneys to schedule phone calls, but the staff there do not actually schedule the attorney-client phone call when I have called or emailed in the past. They just pass the message along to the client that their attorney wishes to speak with them but do nothing else to facilitate. I also don't think that the phone there is private because when I have managed to get a phone call with a client, I have heard other detainees talking in the background. The audio on the phone calls are awful.

13. Sherburne only allows attorneys to schedule phone calls with clients by email. Similarly to Kandiyohi, they just pass the message along to the detainee that an attorney wants to talk to them but do nothing else to facilitate.

14. Freeborn is better on this front; it allows attorneys to schedule phone calls with clients by calling their master control office and will bring the detained client in for a phone call at the scheduled time.

15. Moreover, ICE is not updating the Online Detainee Locator System (ODLS). I have had two consults with noncitizen detainees during the week of February 16. When I do consults with prospective detained clients, I always try to look up their location in ODLS. These people did not show up in ODLS even though they had been detained at Kandiyohi for a few weeks already.

I declare the foregoing is true and accurate to the best of my knowledge.

Dated: March 6, 2026                                /s/ Pamela Guerrero
                                                    Pamela Guerrero