# Exhibit A

| | |
|---|---|
| **From:** | Parascandola, Christina (CIV) |
| **To:** | Huyser, Leah; Jeff Dubner |
| **Cc:** | Aman George; Mark Samburg; Anashua Dutta; Dougherty, Rachel; Driscoll, Devin; Abrams, Andrew C (CIV); DeSimone, Aniello (CIV); Fuller, David (USAMN); Silvis, William (CIV) |
| **Subject:** | Re: [EXTERNAL] Re: Draft PO for Plaintiff, Plaintiffs" Declarants |
| **Date:** | Sunday, March 1, 2026 9:40:28 AM |
| **Attachments:** | image001.png |

Dear Leah,

We have stated previously that we have no objection to the individual Plaintiff L.H.M. and the individual Plaintiff's Next Friend C.A. appearing anonymously or by their initials in public court filings. Plaintiffs, however, must identify themselves to the defendants they are suing. Defendants also must know the identities of the declarants on whose declarations Plaintiffs rely. We raised this issue before Judge Brasel on February 6, 2026 and for the past several weeks have been asking you for the identities of these individuals. We also have asked you for the basis for a protective order under the Federal Rules of Civil Procedure, and you have declined to provide one.

The preliminary injunction hearing is set for **March 6, 2026**. If Plaintiffs do not provide the names and A Numbers of individual Plaintiff L.H.M., the individual Plaintiff's Next Friend C.A. and declarants J.I.B.C., ECF No. 26, and J.J.B., ECF No. 27, and commit to producing the names and A Numbers of declarants in future filings, Defendants plan to file a motion tomorrow **morning** to compel Plaintiffs' counsel to identify these individuals and any future declarants by providing their names and A Numbers.

Sincerely,

Christina

Christina Parascandola
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
202-514-3097 | christina.parascandola@usdoj.gov

Get Outlook for iOS

---

**From:** Huyser, Leah <Ahuyser@fredlaw.com>
**Sent:** Saturday, February 28, 2026 4:27:20 PM
**To:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Jeff Dubner <consultantjdubner@democracyforward.org>
**Cc:** Aman George <ageorge@democracyforward.org>; Mark Samburg <msamburg@democracyforward.org>; Anashua Dutta <adutta@democracyforward.org>; Dougherty,

Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Abrams, Andrew C (CIV) <Andrew.C.Abrams@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Subject:** RE: [EXTERNAL] Re: Draft PO for Plaintiff, Plaintiffs' Declarants

Christina,

Plaintiffs have already briefed the issue in their motion to proceed by initials and refer you back to that filing. We have attempted to accommodate Defendants by negotiating a protective order, but we now understand their current position to be that no protective order is acceptable. Because the parties cannot agree, Defendants should submit an opposition to Plaintiffs' motion and proceed in the usual course pursuant to L.R. 7.1 with their own motion.

For the purposes of Judge Micko's practices, we agree that an informal conference would be appropriate. Plaintiffs agree to use Judge Micko's informal dispute resolution process. We'd suggest informing Judge Micko that it may be productive to discuss Plaintiffs' motion to proceed under initials (ECF 2), Plaintiffs' motion to remove next friend and amend caption (ECF 103), and Defendants' forthcoming motion in one conference.

Thanks,
Leah

Alethea M. Huyser
(612) 492-7103

---

**From:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>
**Sent:** Saturday, February 28, 2026 8:00 AM
**To:** Huyser, Leah <Ahuyser@fredlaw.com>; Jeff Dubner <consultantjdubner@democracyforward.org>
**Cc:** Aman George <ageorge@democracyforward.org>; Mark Samburg <msamburg@democracyforward.org>; Anashua Dutta <adutta@democracyforward.org>; Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Abrams, Andrew C (CIV) <Andrew.C.Abrams@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: Draft PO for Plaintiff, Plaintiffs' Declarants

**CAUTION: EXTERNAL E-MAIL**

---

Dear Leah,

I think that's the problem here. While the "structure" Plaintiffs propose may have been "workable" other cases you handled, a protective order would not be tenable in this case.

The federal government has past and ongoing defensive litigation in federal district and appellate courts involving tens of thousands and likely hundreds of thousands of alien petitioners and plaintiffs and does not enter into agreements restricting the government's ability to share the identities of these folks within the government agencies responding to the litigation against them.  Federal government agencies like the agency defendants here handle data involving millions of aliens.  Could Plaintiffs please provide the basis in the Federal Rules of Civil Procedure for a protective order restricting the sharing of the identities of the individual Plaintiff, the individual Plaintiff's Next Friend, and declarants J.I.B.C., see ECF No. 26,  and J.J.B., see ECF No. 27, within the federal agency defendants here?

Sincerely,

Christina

Christina Parascandola
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
202-514-3097 | christina.parascandola@usdoj.gov


Get Outlook for iOS

**From:** Huyser, Leah <Ahuyser@fredlaw.com>
**Sent:** Friday, February 27, 2026 10:01:52 PM
**To:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Jeff Dubner <consultantjdubner@democracyforward.org>
**Cc:** Aman George <ageorge@democracyforward.org>; Mark Samburg <msamburg@democracyforward.org>; Anashua Dutta <adutta@democracyforward.org>; Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Abrams, Andrew C (CIV) <Andrew.C.Abrams@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Subject:** RE: [EXTERNAL] Re: Draft PO for Plaintiff, Plaintiffs' Declarants

Christina,
Thanks for your email.  In response to your question, we do not read the draft we circulated as authorizing that.
With that said, as we indicated last week during Friday's meet and confer and multiple times since then, we are amenable to a redline.  You suggested last Friday that you wanted to ensure that you could share the information with DHS attorneys who needed to query databases and otherwise obtain information for the purposes of the litigation. We're happy to consider an edit to that effect, provided any personnel receiving the names agree to non-

disclosure. I have used similar structures both as a government attorney and in private practice (and on both sides of a case) and have found them workable.

To the extent Defendants have individual personnel or categories of personnel in mind, it is difficult for us to craft that proposal on your behalf. We once again welcome a proposal from Defendants defining the scope of disclosure.

Thanks,
Leah

Alethea M. Huyser
(612) 492-7103

---

**From:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>
**Sent:** Friday, February 27, 2026 6:28 PM
**To:** Huyser, Leah <Ahuyser@fredlaw.com>; Jeff Dubner <consultantjdubner@democracyforward.org>
**Cc:** Aman George <ageorge@democracyforward.org>; Mark Samburg <msamburg@democracyforward.org>; Anashua Dutta <adutta@democracyforward.org>; Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Abrams, Andrew C (CIV) <Andrew.C.Abrams@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Subject:** RE: [EXTERNAL] Re: Draft PO for Plaintiff, Plaintiffs' Declarants

**CAUTION: EXTERNAL E-MAIL**

---

Dear Leah,

Defendants must be able to disclose the identities of parties and declarants to agency counsel and to other agency employees and contractors for the limited purpose of this litigation.

> 3. <u>Nondisclosure of Covered Information</u>. Defendants' counsel may use Covered Information only for the purpose of this litigation (and all appeals thereof). ==Defendants' counsel shall not disclose, in any manner whatsoever, Covered Information to any other person or entity or use Covered Information for any purpose other than this litigation (and all appeals thereof) without further court order.==

Do Plaintiffs interpret this paragraph to allow Defendants' counsel to disclose Covered Information to a necessary person or entity (such as ICE) as long as the disclosure is for the limited purpose of this litigation?

Sincerely,

Christina

Christina Parascandola
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
202-514-3097 | christina.parascandola@usdoj.gov

---

**From:** Huyser, Leah <Ahuyser@fredlaw.com>
**Sent:** Friday, February 27, 2026 6:44 PM
**To:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Jeff Dubner <consultantjdubner@democracyforward.org>
**Cc:** Aman George <ageorge@democracyforward.org>; Mark Samburg <msamburg@democracyforward.org>; Anashua Dutta <adutta@democracyforward.org>; Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Abrams, Andrew C (CIV) <Andrew.C.Abrams@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Subject:** RE: [EXTERNAL] Re: Draft PO for Plaintiff, Plaintiffs' Declarants

Christina,

We are surprised and frankly puzzled by your email. We have repeatedly stated that we are happy to provide the identities of LHM and all detained declarants as soon as we have a protective order in place, and that we are amenable to a revised protective order that accommodates Defendants' desire to share the information with necessary agency personnel. We've now asked three times for Defendants to propose language, and Defendants still haven't offered anything for us to consider. As a result, we do not understand Defendants' position on this issue.

Is Defendants' position now that *no* protective order would be acceptable to them? Or that a protective order would be acceptable if it allowed the information to be shared amongst a broader group of people? If it is the former, yes, we have an intractable dispute. If it is the latter, we do not believe Defendants have satisfied their meet-and-confer obligations, and Plaintiffs again request that Defendants make clear the scope of the protective order they would agree to so we can evaluate if there is even a dispute for Judge Micko to resolve.

Thanks,
Leah

Alethea M. Huyser

(612) 492-7103

**From:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>
**Sent:** Friday, February 27, 2026 4:27 PM
**To:** Jeff Dubner <consultantjdubner@democracyforward.org>
**Cc:** Huyser, Leah <Ahuyser@fredlaw.com>; Aman George <ageorge@democracyforward.org>; Mark Samburg <msamburg@democracyforward.org>; Anashua Dutta <adutta@democracyforward.org>; Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Abrams, Andrew C (CIV) <Andrew.C.Abrams@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Subject:** RE: [EXTERNAL] Re: Draft PO for Plaintiff, Plaintiffs' Declarants

**CAUTION: EXTERNAL E-MAIL**

Dear Jeff,

We are writing pursuant to Local Rule 7.1(a)(1). As you are aware now, we plan to file an emergency motion to compel the identities of the individual Plaintiff, the individual Plaintiff's Next Friend, and declarants J.I.B.C. and J.J.B., by providing their names and A Numbers. We think that it's safe to say that the parties are not going to agree on a resolution of this issue. Over many emails, Plaintiffs have not identified any circumstance that would justify keeping the identities of these individuals hidden from Defendants. As we have noted, Defendants cannot agree to limit disclosure of the identities of these folks with the agencies.

If Plaintiffs' position has changed on this matter, however, we would be open to discussion. Would you let us know if you are available for a call to take place before 7pm EST / 6pm CST today? Thank you.

Sincerely,

Christina

Christina Parascandola
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
202-514-3097 | christina.parascandola@usdoj.gov

**From:** Jeff Dubner <consultantjdubner@democracyforward.org>
**Sent:** Wednesday, February 25, 2026 11:42 AM

**To:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>
**Cc:** Huyser, Leah <Ahuyser@fredlaw.com>; Aman George <ageorge@democracyforward.org>; Mark Samburg <msamburg@democracyforward.org>; Anashua Dutta <adutta@democracyforward.org>; Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>; Abrams, Andrew C (CIV) <Andrew.C.Abrams@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Fuller, David (USAMN) <David.Fuller@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Subject:** [EXTERNAL] Re: Draft PO for Plaintiff, Plaintiffs' Declarants

Christina,

Thank you for your email. As we said in our conversations on Thursday and Friday, we're open to providing the names of L.H.M. and the detainee declarants as soon as we have an appropriate protective order in place and have been prepared to do so since shortly after our meet and confers last week. I'm not sure whether we have A Numbers for all four of them, but to the extent they were provided to us, we will disclose them.

On Friday, we provided a draft protective order. As we said during our meet and confer on Friday, we understand Defendants' position that our proposed protective order is too restrictive and that Defendants wish to be able to disclose the names to some DHS personnel. We said both during that call and in my email on Monday that we'd be happy to consider a redline from Defendants that facilitates and appropriately limits that disclosure. We note that we heard nothing from Defendants for days. Then, instead of sending a redline, you simply say that "Defendants do not consent to Plaintiffs' draft protective order." Your email appears to demand that we produce the names and A Numbers without *any* protective order. As I'm sure you appreciate, that isn't acceptable on our end.

We repeat our request that Defendants propose a revised protective order. Unless the Court orders otherwise, we will not provide the names until the Court has entered a protective order.

As for C.A., we addressed this further in response to your other email, which misstates our position during Thursday and Friday's calls, but we do not agree to provide her name at this time. As we explained on Friday and indicated in my Monday email, we plan to move forward with filing a motion to remove C.A. as next friend, as the need for her to act in that capacity no longer remains.

Regards,
Jeff

On Tue, Feb 24, 2026 at 10:11 PM Parascandola, Christina (CIV)

<Christina.Parascandola@usdoj.gov> wrote:

Dear Jeff and Leah,

Following up on our statements to the Court on February 6, 2026, and our conversations with you on February 19 and 20, 2026, we continue to seek the names and A Numbers of the individual Plaintiff, the individual Plaintiff's Next Friend, and anonymous declarants upon whose declarations you rely in this action.

To assist Plaintiffs' counsel, we provide below the initials that Plaintiffs provided in their filings. We also provide the docket numbers of the filings. Kindly provide the names and A Numbers in the spaces located in the table below:

| Initials Plaintiffs provided | ECF No. | **Name** | **A Number** |
|---|---|---|---|
| L.H.M. - Plaintiff | 1, 77 | | |
| C.A. - Next Friend of L.H.M. | 1, 4, 5 | | |
| J.I.B.C. - declarant | 26 | | |
| J.I.B. - declarant | 27 | | |

Defendants do not consent to Plaintiffs' draft protective order because Plaintiffs omit the agency attorneys and other necessary personnel within the DHS Office of General Counsel and ICE who must have access to information about the declarants in litigation against the agency. Plaintiffs brought this action and sought preliminary injunctive relief based on Plaintiffs' declarations. Defendants need to know the identities of the individuals against whom Defendants are litigating and the identities the declarants upon whose statements Plaintiffs rely, and that the Court relied on in granting the TRO. It is not tenable for only DOJ attorneys who entered appearances in the case to have access to the protected material

Defendants agree not to oppose Plaintiffs' request for individual Plaintiff L.H.M. and L.H.M.'s Next Friend C.A. to proceed by initials, provided that Plaintiffs' counsel provide the correct names and A Numbers of the individuals listed above and agree to provide the names and A Numbers of any future declarants in this action.

Sincerely,

Christina

Christina Parascandola

Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
202-514-3097 | christina.parascandola@usdoj.gov

---

**From:** Huyser, Leah <Ahuyser@fredlaw.com>
**Sent:** Friday, February 20, 2026 2:21 PM
**To:** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Jeff Dubner <consultantjdubner@democracyforward.org>; Aman George <ageorge@democracyforward.org>; Mark Samburg <msamburg@democracyforward.org>; Anashua Dutta <adutta@democracyforward.org>; Dougherty, Rachel <RDougherty@fredlaw.com>; Driscoll, Devin <DDriscoll@fredlaw.com>
**Subject:** [EXTERNAL] Draft PO for Plaintiff, Plaintiffs' Declarants

For your review.

**Alethea M. Huyser | Attorney | Fredrikson & Byron, P.A.**
200 South Sixth Street, Suite 4000 | Minneapolis, Minnesota 55402
Main: 612.492.7000 | Direct: 612.492.7103  | AHuyser@fredlaw.com

**\*\*This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (612) 492-7000. The name and biographical data provided above are for informational purposes only and are not intended to be a signature or other indication of an intent by the sender to authenticate the contents of this electronic message.\*\***