# Exhibit 3

**Security**

**HOLDING - Ft Snelling Whipple Federal Building (55111)**

| The following numbers are provided as free calls to all ICE residents | Los números siguientes se ofrecen como llamadas gratuitas a todos los residentes del ICE |
|---|---|

Press 1 for English, press 2 for Spanish. Dial 555#
Once connected to the platform:

- Press 1 for English, oprime 2 para Español
- Enter your 9-digit Alien Number. If your A-number is less than 9 digits, put a "0" before your A-number
- For Anonymous calls to Crisis, DRIL, OPR, or OIG use 415 852 753 as A#
- Enter the Speed Dial number from the list below followed by the # Key.
- Then Stay on the line.

Pulse 1 para Inglés , pulse 2 para español . Dial 555 #
Una vez conectado a la plataforma:

- Press 1 for English, oprime 2 para Español
- Marque su número de identificación extranjero. Si su número es inferior a 9 dígitos, poner un "0" antes de su número
- Para llamadas anónimos a Crisis, DRIL, OPR, o OIG utilice 415 852 753 como su número de extranjero
- Marque el número de marcado rápido de la lista de abajo, seguido por la seña #
- Después quédese en la línea

| Speed Dial Name | Code | | Speed Dial Name | Code |
|---|---|---|---|---|
| *Board of Immigrations Appeals: Clerks Office and Emergency Stay | 571 # | | *CRISIS - Domestic & Sexual Abuse Hotline - MN | 480 # |
| *CRISIS - Rape & Sexual Abuse National > Local Hotline (RAINN) | 391 # | | *DHS Office of Inspector General (OIG) | 518 # |
| *EOIR - ABA Detention & LOP Information Line | 2150 # | | *EOIR - Children's Legal Center - Chicago | 742 # |
| *EOIR - Immigrant Law Center of Minnesota | 1577 # | | *EOIR - Minnesota Advocates for Human Rights | 1578 # |
| *EOIR - MN Advocates for Human Rights | 5725 # | | *EOIR - National Immigrant Justice Center -Chicago | 565 # |
| *EOIR - South Dakota Voices for Peace | 997 # | | *Freedom for Immigrants/Friends of Miami Dade Detainees | 9233 # |
| *ICE Detention Reporting & Information Line/DRIL | 9116 # | | *ICE Office of Professional Responsibility | 5663 # |
| *IMMIGRATION COURT INFORMATION HOTLINE (EOIR) | 111 # | | *Metering Class Counsel | 1051 # |
| *National Center for Missing & Exploited Children | 6985 # | | *Office of Refugee Resettlement Call Center | 699 # |
| *UN High Commissioner for Refugees (UNHCR) Asylum and Refugees | 566 # | | *USCIS Immigration Service Center | 1683 # |
| Albania - Embassy in Washington DC | 191 # | | Algeria - Embassy in Washington DC | 192 # |
| Andorra - Consulate in New York | 193 # | | Angola - Embassy in Washington DC | 194 # |
| Antigua and Barbuda - Embassy in Washington DC | 696 # | | Argentina - Consulate in Chicago | 524 # |
| Armenia - Consulate in Washington DC | 197 # | | Australia - Consulate in Houston | 750 # |
| Australia - Consulate in New York | 1442 # | | Austria - Embassy in Washington DC | 199 # |
| Azerbaijan - Consulate in Los Angeles | 1396 # | | Bahamas - Consulate in New York City | 201 # |

02/05/26

1/6