# Exhibit 5

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

### NOTICE TO NONCITIZEN DETAINEES: COURT ORDER

1. **Within one hour of your detention and before you are transferred out of this facility:**

   a. You will be provided with your **A-number** and a **list of telephone numbers for free legal service providers.** You will be provided with these materials (and this Notice) in English, Spanish, Somali, French, and Hmong. If you cannot read or if you speak a different language, you may request and will be provided with an in-person or phone translation of these materials.

   b. You will have **free and private access to the telephone.** You will be allowed to make the number of calls necessary to reach your lawyer or family.

2. You will not be transferred out of Minnesota during the first **72 hours** of your detention. **Before you are transferred from this facility:**

   a. You will be informed of your transfer destination.

   b. You will have access to the telephone until you are able to reach counsel or family. These calls will be free, private, and accessible as described in Paragraphs 3 and 5, below.

3. After your first call(s), **you can continue to make free, private telephone calls with your lawyer.** There is no limit to the number of calls you can make to your lawyer, and there is no limit to the length of your calls. If a time limit is necessary for security purposes or to make sure other detainees can use the telephone, you can still spend up to **20 minutes** on a call. "Private" means that you can make the call without being overheard by officers, other staff, or other detainees.

4. If your lawyer calls the facility to give their name, phone number, or other message, that information will be provided to you in writing as promptly as possible.

5. If you have a disability, you will have access to telephone services on the same terms as detainees without disabilities (e.g., video calls).

6. Your location will be accurately identified in the ICE Online Detainee Locator System by your name, birth date, and A-number.

7. **Your lawyer can visit you at the facility** in a private room seven days a week, for a minimum of eight hours per day on business days (Monday through Friday), and a minimum of four hours per day on weekends and holidays.

8. The government cannot retaliate against you for complaining about any violation of this Notice, including in your immigration proceedings or in any other context.

Dated: February 12, 2026

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel, United States District Judge

# List of Pro Bono Legal Service Providers

Updated January 2026

* Non-Profit Organization
** Referral Service
*** Private Attorney

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Fort Snelling Immigration Court

### Fort Snelling, Minnesota

| South Dakota Voices for Peace* | The Advocates for Human Rights* |
|---|---|
| P.O. Box 600<br>Sioux Falls, SD 57101<br>Tel: (605) 782-9560<br>Fax: (612) 341-2971<br>info@southdakotavoicesforpeace.org<br>www.sdvfpeace.org<br><br>• Will assist UAC and victims of crimes<br>• Will not represent individuals in detention<br>• No criminal cases<br>• Intake hours Monday-Friday, 9AM-5PM<br>• Primary residence must be located in South Dakota<br>• Languages: Spanish, interpreters for other languages available upon request | 330 Second Avenue South, Suite 800<br>Minneapolis, MN 55401<br>Tel: (612) 341-9845<br>www.theadvocatesforhumanrights.org<br><br>• No walk-ins<br>• Intake hours: Tuesday 10AM-12PM and Thursday 12PM-2PM by phone (612) 341-9845 or online at www.theadvocatesforhumanrights.org<br>• Asylum, Survivors of Trafficking, Unaccompanied Minors, Detention<br>• Limited to residents of MN, ND, and SD |
| **ABA Commission on Immigration Detention Information Hotline**** | **Immigrant Law Center of Minnesota*** |
| 1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150# or by calling (202) 442-3363<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | 450 North Syndicate, Suite 200<br>St. Paul, MN 55104<br>Tel: (651) 641-1011<br>Fax: (651) 641-1131<br>oficinalegal@ilcm.org<br>www.ilcm.org<br><br>• Represent low-income immigrants of any nationality detained or residing in MN<br>• ICE detainees can check website or call (651) 641-1011 for detention line schedule<br>• Limited capacity<br>• Languages: Spanish and Karen |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

**Department of Homeland Security**

U.S. Immigration & Customs Enforcement

Continuation Page for Form _____ I-213

# Detainee Telephone Call & National Detainee Handbook Receipt

Detainee Name: _____

File Number:   A _____

## Telephone Call

Date: _____ and Time: _____ of the call

Telephone number called: _____ **(domestic calls only)**

Name of person called: _____

Relationship to detainee: _____

Phone call completed sucessfully   YES   ☐ or   NO   ☐

Length of the call: _____ **(3 minute maximum)**

Detainee declination of phone call   YES   ☐ or   NO   ☐

Detainee initial or Right Index fingerprint _____

## National Detainee Handbook

A copy of the National Detainee Handbook was offered to me:

**Accepted:** _____

**Declineed:** _____

ICE Official and Title: _____

Officer's Signature: _____

Form I-830 Continuation Page (Rev 3/15/12)

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2025

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Fort Snelling Immigration Court

### Fort Snelling, Minnesota

**South Dakota Voices for Peace\***

P.O. Box 600
Sioux Falls, SD 57101
Tel: (605) 782-9560
Fax: (612) 341-2971
info@southdakotavoicesforpeace.org
www.sdvfpeace.org

- Will assist UAC and victims of crimes
- Will not represent individuals in detention
- No criminal cases
- Intake hours Monday-Friday, 9AM-5PM
- Primary residence must be located in South Dakota
- Languages: Spanish, interpreters for other languages available upon request

**ABA Commission on Immigration Detention Information Hotline\*\***

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150# or by calling (202) 442-3363
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**The Advocates for Human Rights\***

330 Second Avenue South, Suite 800
Minneapolis, MN 55401
Tel: (612) 341-9845
www.theadvocatesforhumanrights.org

- No walk-ins
- Intake hours: Tuesday 10AM-12PM and Thursday 12PM-2PM by phone (612) 341-9845 or online at www.theadvocatesforhumanrights.org
- Asylum, Survivors of Trafficking, Unaccompanied Minors, Detention
- Limited to residents of MN, ND, and SD

**Immigrant Law Center of Minnesota\***

450 North Syndicate, Suite 200
St. Paul, MN 55104
Tel: (651) 641-1011
Fax: (651) 641-1131
oficinalegal@ilcm.org
www.ilcm.org

- Represent low-income immigrants of any nationality detained or residing in MN
- ICE detainees can check website or call (651) 641-1011 for detention line schedule
- Limited capacity
- Languages: Spanish and Karen

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.