UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

THE ADVOCATES FOR HUMAN
RIGHTS, *et al.*

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

Defendants.

Case No. 0:26-cv-00749 (NEB/DLM)

**SECOND DECLARATION OF L.H.M.**

---

I, L.H.M., declare under penalty of perjury that the following statement is true and correct to the best of my knowledge and belief:

1. I am the same L.H.M. who previously provided a declaration in this matter, signed and dated on February 5, 2026.

2. I filed that declaration under my initials, rather than my full name, and am filing this declaration under my initials rather than my full name, due to fear of retaliation against me or my family for opposing the federal government.

3. Despite the fact that I am lawfully seeking asylum in the United States and complying with terms of release from CBP custody, I have already been arrested, detained, and mistreated by ICE agents.

4. I have already been subjected to physical violence by ICE agents and denied medical care while in ICE custody.

5. I fear that Defendants will target me because of my participation in this lawsuit and my willingness to challenge their actions.

6. I am fearful that Defendants will inform USCIS about my participation in this lawsuit and that USCIS will consider it negatively in evaluating my asylum application.

7. Among other concerns, I am also concerned that Defendants will retaliate against me by arresting me again, subjecting me to physical violence, and otherwise harassing me during my immigration proceedings.

8.  I am proud of participating in this lawsuit because I know that this will help other people avoid suffering what I have had to suffer. But I have a lot of fear of ICE and what they will do to me because I am participating in this lawsuit.

9.  I came to this country back in 2019 to find protection after suffering persecution in my home country and I have had very bad experiences with ICE, to the point where I often want to cry. ICE agents have verbally and physically harassed me, talked down to me, and detained me without telling me why. I am worried that I will have to go through this again.

Dated: March 16, 2026                                        Signed: *s/ L.H.M.*