UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

THE ADVOCATES FOR HUMAN
RIGHTS, *et al.*

    Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

    Defendants.

Case No. 0:26-cv-00749 (NEB/DLM)

**SECOND DECLARATION OF
J.J.B.**

---

I, J.J.B., declare under penalty of perjury that the following statement is true and correct to the best of my knowledge and belief:

1. I am the same J.J.B. who previously provided a declaration in this matter, signed and dated on January 22, 2026.

2. I filed that declaration under my initials, rather than my full name, and am filing this declaration under my initials rather than my full name, due to fear of retaliation against me or my family for opposing the federal government.

3. Despite the fact that I have refugee status in the United States, I have already been arrested, detained, and mistreated by ICE agents.

4. I have already been subject to physical intimidation, verbal harassment, and pressure to self-deport, despite my lawful status, while in ICE custody.

5. I fear that Defendants will target me because of my participation in this lawsuit and my willingness to challenge their actions.

6. I am fearful that Defendants will inform USCIS about my participation in this lawsuit and that USCIS will consider it negatively in evaluating my application to adjust my status to lawful permanent resident.

7. As I stated in my January 22 declaration, I am worried that ICE will detain me again, once again refuse to let me speak with a lawyer and deport me. I have no life in any other place other than Minneapolis and I am scared they will take me away from my life here. ICE has already detained me once despite their records making clear that I'm a refugee

who is legally allowed to be in the United States, so there's nothing stopping them from detaining me again.

8. I have been experiencing a lot of anxiety and stress since I was detained. I had to go to the hospital because I was so anxious. I can't sleep anymore. I can't be in small rooms anymore and can't be around people raising their voice because it brings back bad memories of my detention.

9. I want to testify because I know that ICE treated me unfairly and that my participation will help other people avoid this situation. ICE does not respect human rights and I want to help other people avoid this treatment.

Dated: March 16, 2026                                   Signed: _s/ J.J.B._