UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

THE ADVOCATES FOR HUMAN
RIGHTS, *et al.*

         Plaintiffs,

v.

U.S. DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

         Defendants.

Case No. 0:26-cv-00749 (NEB/DLM)

**JOINT STATEMENT OF
DOCUMENTS UNSEALED BY
AGREEMENT**

---

Pursuant to L.R. 5.6(d), Plaintiffs filed documents in the above-captioned matter under temporary seal in connection with Plaintiffs' Supplemental Memorandum in Support of Motion for Preliminary Injunction (ECF Nos. 135–147). Consistent with L.R. 5.6(d)(3), the parties have conferred in good faith regarding whether any such documents may be unsealed. The parties agree that there are no documents that should be unsealed at this time. The parties are conferring regarding redacted versions of the three sealed documents and will propose any suggested redactions as part of their L.R. 5.6(d)(4) Joint Motion Regarding Continued Sealing.

         Respectfully submitted,

Dated: March 31, 2026

*s/ Alethea M. Huyser*_____
Alethea M. Huyser (#0389270)
Rachel L. Dougherty (#0399947)
Devin T. Driscoll (#0399948)
Sarah Theisen (#0402844)

1

Margaret G. Severson (#0504388)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
P: (612) 492-7000
ahuyser@fredlaw.com
rdougherty@fredlaw.com
ddriscoll@fredlaw.com
stheisen@fredlaw.com
mseverson@fredlaw.com

Jeffrey B. Dubner*
Aman T. George*
Mark B. Samburg*
Anashua Dutta*
Elena Goldstein*
**DEMOCRACY FORWARD
FOUNDATION**
P.O. Box 34553
Washington, DC 20043
P: (202) 448-9090
jdubner@c.democracyforward.org
ageorge@democracyforward.org
msamburg@democracyforward.org
adutta@democracyforward.org
egoldstein@democracyforward.org

* admitted *pro hac vice*

*Counsel for Plaintiffs*

Brett A. Shumate
Assistant Attorney General
Civil Division

Glenn M. Girdharry
Acting Deputy Director

William C. Silvis
Assistant Director

2

Dated: March 31, 2026

_s/ Christina Parascandola_
Christina Parascandola
Senior Litigation Counsel
Andrew C. Abrams
Trial Attorney
U.S. Dep't of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov

_Counsel for Defendants_