# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA



CHAMBERS OF
**DOUGLAS L. MICKO**
MAGISTRATE JUDGE

WARREN E. BURGER FEDERAL BUILDING
AND UNITED STATES COURTHOUSE
316 NORTH ROBERT STREET – SUITE 632
SAINT PAUL, MINNESOTA 55101-1556
651-848-1900

**April 1, 2026**

**Marian Nyuma**
**1553 100ᵗʰ Ave NW**
**Coon Rapids, MN 55433**

RE:    26-cv-1149-JMB-DLM; Nyuma v. Anoka-Hennepin Public School District 0011-01

Dear Ms. Nyuma,

Unlike criminal cases where there is a legal right to counsel, a person involved in a civil case has no legal right to have the Court appoint a lawyer. However, the Minnesota Chapter of the Federal Bar Association (FBA) operates a program that tries to connect unrepresented individuals who receive a Court referral to the program with volunteer lawyers who may agree to donate time to talk about their cases. The program is called the *Pro Se* Project. The Court is referring you to the *Pro Se* Project, and you may be able to talk with a lawyer at no cost to you.

Your participation in the *Pro Se* Project is voluntary. If you would like to participate, the *Pro Se* Project Coordinator, Jacqueline Bailey, will try to put you in contact with an attorney who will provide you with a legal opinion about your claims or defenses and give you advice on how to proceed. The volunteer lawyer is not expected to represent you.

Regardless of whether you participate, every case in Federal Court is governed by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Minnesota. Just as a lawyer would, you will need to follow these rules. You will find information to help unrepresented parties understand the basic procedures of the Court on the "Representing Yourself" page of the Court's website at www.mnd.uscourts.gov, which you can reach by clicking on the blue tab labeled "Representing Yourself" at the top of the Court's landing page.

If you would like to participate in the *Pro Se* Project, you must tell the *Pro Se* Coordinator, Ms. Bailey, whose contact information appears below. Ms. Bailey will inform the Court of your decision.

Jacqueline Bailey
P.O. Box 24378
Minneapolis, MN 55424
612.965.3711
coordinator@proseproject.org

Sincerely,

*s/Douglas L. Micko*