UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS; L.H.M,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS; MARCOS CHARLES; DAVID EASTERWOOD; U.S. FEDERAL PROTECTIVE SERVICE; FARON K. PARAMORE,<br><br>    Defendants. | No. 26-cv-749-NEB/DLM<br><br>The Hon. Nancy E. Brasel |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, attorney Christina Parascandola hereby withdraws from this matter as counsel for Defendants.  Defendants will continue to be represented by their other counsel of record, Andrew C. Abrams, Aniello DeSimone, and Brendan T. Moore, of the Civil Division, United States Department of Justice, each of whom is aware of pending case deadlines and dates in this matter and will continue to associate with an attorney from the United States Attorney's Office for the District of Minnesota.

Dated: April 28, 2026     Respectfully Submitted,

            s/ *Christina Parascandola*
           CHRISTINA PARASCANDOLA
           Senior Litigation Counsel
           U.S. Dept. of Justice, Civil Division
           Office of Immigration Litigation
           P.O. Box 878
           Washington, DC 20044
           (202) 514-3097
           christina.parascandola@usdoj.gov

           *Attorney for Defendants*