UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS; L.H.M, <br><br> Plaintiffs, <br><br> v. <br> U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS; MARCOS CHARLES; DAVID EASTERWOOD; U.S. FEDERAL PROTECTIVE SERVICE; FARON K. PARAMORE, <br><br> Defendants. | ) No. 26-cv-749-NEB/DLM <br> ) <br> ) The Hon. Nancy E. Brasel <br> ) United States District Judge <br> ) <br> ) <br> ) **DEFENDANTS' MOTION TO DISSOLVE** <br> ) **TRANSFER HOLD PROVISIONS OF THE** <br> ) **PRELIMINARY INJUNCTION AND ADVISAL** <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Defendants in the above-captioned case hereby move the Court to dissolve the Transfer Hold provisions of the Preliminary Injunction and Advisal Order.  (ECF Nos. 178; 178-1).  The grounds for this Motion are set forth in the accompanying Memorandum of Law.

Dated: May 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

ANDREW C. ABRAMS
BRENDAN MOORE
Trial Attorneys

 *s/ Aniello DeSimone*
BY: ANIELLO DESIMONE
TRIAL ATTORNEY
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 532-5239
aniello.desimone@usdoj.gov

Attorneys for Defendants

1