UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | | |
|---|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS; L.H.M, | ) ) ) | No. 26-cv-749-NEB/DLM |
| | ) ) | The Hon. Nancy E. Brasel United States District Judge |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS; MARCOS CHARLES; DAVID EASTERWOOD; U.S. FEDERAL PROTECTIVE SERVICE; FARON K. PARAMORE, | ) ) ) ) ) ) ) ) ) | **EXHIBIT LIST IN SUPPORT OF MOTION TO DISSOLVE** |
| Defendants. | ) ) ) | |

In accordance with D. Minn. Local Rule 7.1(l), Defendants submit the following exhibit in support of their Motion to Dissolve.  The exhibit listed below is attached.

- Declaration of Assistant Field Office Director Richard Pryd (Exhibit A)

Dated: May 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

ANDREW C. ABRAMS
BRENDAN MOORE
Trial Attorneys

 *s/ Aniello DeSimone*
BY: ANIELLO DESIMONE
TRIAL ATTORNEY
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 532-5239
aniello.desimone@usdoj.gov

Attorneys for Defendants

1