# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS; L.H.M, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN[1]; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS; MARCOS CHARLES; DAVID EASTERWOOD; U.S. FEDERAL PROTECTIVE SERVICE; FARON K. PARAMORE, <br><br> Defendants. | No. 26-cv-749-NEB/DLM <br><br><br> The Hon. Nancy E. Brasel |

## NOTICE OF APPEAL

NOTICE is hereby given that Defendants appeal to the United States Court of Appeals for the Eighth Circuit from the Court's Order Granting Plaintiffs' Motion for Preliminary Injunction entered on March 26, 2026 (ECF No. 178).

Dated: May 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

ANDREW C. ABRAMS
BRENDAN MOORE
Trial Attorneys

---

[1]    On March 24, 2026, Markwayne Mullin was sworn in as Secretary of Homeland Security. Pursuant to Fed. R. Civ. P. 25(d), Mullin is substituted for former Secretary of Homeland Security Kristi Noem as a Defendant.

     *s/ Aniello DeSimone*
ANIELLO DESIMONE
TRIAL ATTORNEY
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 532-5239
aniello.desimone@usdoj.gov

*Attorneys for Defendants*