UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS; L.H.M, <br><br>     Plaintiffs, <br><br>   v. <br> U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS; MARCOS CHARLES; DAVID EASTERWOOD; U.S. FEDERAL PROTECTIVE SERVICE; FARON K. PARAMORE, <br><br>     Defendants. | ) No. 26-cv-749-NEB/DLM <br> ) <br> ) The Hon. Nancy E. Brasel <br> ) United States District Judge <br> ) <br> ) <br> ) **PROPOSED ORDER GRANTING MOTION TO** <br> ) **DISSOLVE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Before the Court is Defendants' Motion to Dissolve. After reviewing Defendants' Motion and the entire record, the Court rules as follows:

1. Defendants' Motion is **GRANTED.**

2. The Transfer Hold provisions in the Preliminary Injunction Order and Advisal Order are **DISSOLVED**.

Dated:_____, 2026                    _____
                                             Nancy E. Brasel
                                             United States District Judge