**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS; L.H.M, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS; MARCOS CHARLES; DAVID EASTERWOOD; U.S. FEDERAL PROTECTIVE SERVICE; FARON K. PARAMORE, <br><br> Defendants. | No. 26-cv-749-NEB/DLM <br><br> The Hon. Nancy E. Brasel <br><br> **MEET AND CONFER STATEMENT REGARDING DEFENDANTS' MOTION FOR INDICATIVE RULING** |

Pursuant to Local Rule 7.1(a)(1), undersigned counsel hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiffs on May 28, 2026. Counsel for Plaintiffs communicated that they oppose Defendants' Motion.

Dated: May 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

ANDREW C. ABRAMS
BRENDAN MOORE
Trial Attorneys


*s/ Aniello DeSimone*
ANIELLO DESIMONE
TRIAL ATTORNEY
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 532-5239
aniello.desimone@usdoj.gov

*Attorneys for Defendants*

1