**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Advocates for Human Rights, and L.H.M., on her own behalf and on behalf of a class of similarly situated individuals

Plaintiffs,

v.

U.S. Department of Homeland Security, Markwayne Mullin, in his official capacity as Secretary of Homeland Security, U.S. Immigration and Customs Enforcement, Todd Lyons, in his official capacity as Acting Director of Immigration and Customs Enforcement, Marcos Charles, in his official capacity as Acting Executive Director for Immigration and Customs Enforcements Enforcement and Removal Operations, David Easterwood, in his official capacity as Acting Field Office Director for Immigration and Customs Enforcements Enforcement and Removal Operations St. Paul Field Office, U.S. Federal Protective Service, and Faron K. Paramore, in his official capacity of Director of the Federal Protective Service,

Defendants.

Case No. 0:26-cv-00749 (NEB/DLM)

**CONSENT MOTION TO AMEND THE SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Local Rule 16.3 of this Court, and this Court's initial Pretrial Scheduling Order, ECF 194 n.1, Plaintiffs move to amend the Pretrial Scheduling Order. The Pretrial Scheduling Order sets the close of fact discovery at November 16, 2026, and requires all fact discovery procedures to be commenced in time to be completed on or before that date. *Id.* at 3. The parties agree that

fact discovery cannot be completed by that date and respectfully request that the fact discovery deadline and other deadlines keyed to that date be extended by five months. Defendants have informed Plaintiffs that they consent to the relief requested in this motion.

Plaintiffs served their first sets of requests for production ("RFPs") and interrogatories on May 22, 2026 comprising 32 RFPs and 16 interrogatories. Defendants responded on June 24 and amended their interrogatory responses on August 20. To date, Defendants have fully responded to at most three RFPs and have produced no documents in response to more than half of the RFPs.

In particular, Defendants have not yet begun searching individual custodians' files for communications and other electronic documents. The parties are negotiating search terms and custodians, but have yet to reach agreement.[1] Even if the parties were to agree on a search procedure immediately, both parties recognize that it would be impossible for Defendants to complete production by November 16, 2026, let alone to make substantial production before the mid-October deadline for commencing any follow-up fact discovery procedures.

Accordingly, the parties request that the briefing schedule be extended by about five months to provide the parties sufficient time to complete discovery. The proposed amended scheduling order is attached. It moves the cutoff for fact discovery and all deadlines that were based on that date by 154 days, preserving the day of the week on which each deadline currently falls.

---

[1] Because the negotiations are ongoing, it is not clear if the parties will reach an impasse regarding ESI search procedures. If they do, they will promptly raise the issue with the Court for resolution.

The parties also request that the Court schedule quarterly status conferences to promote orderly and efficient resolution of discovery issues. This will aid the parties in crystallizing disputes and ensuring that production is on track to be completed at a time that allows for orderly completion of discovery within the amended schedule. The parties will meet and confer and advise the Court in advance of each conference of any issues that are ready for resolution or that would be aided by discussion with the Court, pursuant to the Court's practice pointers, or advise the Court if there are no issues that would benefit from the Court's attention at that time. If a party believes that a time-sensitive discovery issue warrants earlier resolution, it will propose advancing the status conference or scheduling an additional IDR conference.

Accordingly, Plaintiffs request that the Court enter the attached Amended Pretrial Scheduling Order.

Dated: October 8, 2026

Respectfully submitted,

*s/ Alethea M. Huyser*
Alethea M. Huyser (#0389270)
Rachel L. Dougherty (#0399947)
Devin T. Driscoll (#0399948)
Sarah Theisen (#0402844)
Margaret G. Severson (#0504388)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
P: (612) 492-7000
ahuyser@fredlaw.com
rdougherty@fredlaw.com
ddriscoll@fredlaw.com
stheisen@fredlaw.com
mseverson@fredlaw.com

Jeffrey B. Dubner*
Aman T. George*

Mark B. Samburg*
Anashua Dutta*
Elena Goldstein*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
P: (202) 448-9090
jdubner@c.democracyforward.org
ageorge@democracyforward.org
msamburg@democracyforward.org
adutta@democracyforward.org
egoldstein@democracyforward.org

* admitted *pro hac vice*

*Counsel for Plaintiffs*